VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, and TESSIBLE "SKYLER" FOSTER<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendants. | Case No. 23-cv-07441<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:     September 7, 2023<br>Trial Date:        None Set |

# [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of defendant 800-Flowers, Inc.'s Motion to Compel Arbitration and Stay Case and Motion to Dismiss it is hereby **ORDERED** that:

800-Flowers, Inc.'s Motion to Compel Arbitration and Stay Case and Motion to Dismiss is **GRANTED** and this action is stayed pending resolution of the arbitration proceedings on the grounds that plaintiffs Anayancy Paiz and Larissa Rapadas agreed to arbitrate their claims asserted in the complaint. *See* Declaration of Alejandro Colman ¶¶ 4 – 9, Ex. A; *see also Oberstein v. Live Nation Ent., Inc.*, 60 F.4th 505 (9th Cir. 2023); *Berman v. Freedom Financial Network LLC*, 30 F.4th 849, 855–858 (9th Cir. 2022). Further, plaintiff Susan Finkbeiner's claims are dismissed because she lacks standing to pursue her claims. *Warner v. Tinder Inc.*, 105 F. Supp. 3d 1083, 1095–96 (C.D. Cal. 2015); *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2203 (2021).

**IT IS SO ORDERED.**

Dated: _____

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE