**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, and TESSIBLE "SKYLER" FOSTER<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT 800-FLOWERS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE AND MOTION TO DISMISS**<br><br>Hearing Date:   December 15, 2023<br>Hearing Time:   10:00 a.m.<br><br>Action Filed:   September 7, 2023<br>Trial Date:   None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Anayancy Paiz, Susan Finkbeiner, and Larissa Rapadas did not file an opposition to defendant 800-Flowers, Inc.'s Motion to Compel Arbitration and Stay Case and Motion to Dismiss (ECF No. 14) within the time provided by the Local Rules. *See* L.R. 7-9 ("Each opposing party shall, not later than . . . twenty-one (21) days before the date designated for the hearing of the motion. . . serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that the party will not oppose the motion").

800-Flowers, Inc. filed and served its motion on plaintiff on November 14, 2023, and set the hearing date on the motion for December 15, 2023. Plaintiffs' opposition was therefore due to be filed and served no later than November 24, 2023. But the docket for this matter does not reflect that any opposition was filed, and no opposition was received by 800-Flowers.

Under Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, 800-Flowers files this notice of non-opposition in lieu of its reply (which is due on December 1, 2023), and respectfully requests that the Court deem plaintiffs' non-opposition as their consent to grant the motion. *Ghazali v. Moran*, 46 F. 3d 52, 53 (9th Cir. 1995) (affirming order granting unopposed motion to dismiss, deeming failure to oppose as consent to grant the motion); *Samuel v. JPMorgan Chase Bank N.A.*, No. 20-cv-11777-AB-E, 2021 WL 4812983, at *1–2 (C.D. Cal. May 25, 2021) (Birotte Jr., J.) (granting unopposed motion to compel arbitration and deeming plaintiff's failure to oppose motion to compel arbitration as concession to the merits of the motion pursuant to Local Rule 7-12).

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

1  Dated: November 27, 2023                    VENABLE LLP

                                               By: _____
                                                    Ari N. Rothman
                                                    Allison C. Nelson
                                               *Attorneys for Defendant*
                                               800-FLOWERS, INC.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 27, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman