**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, and TESSIBLE "SKYLER" FOSTER<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**REPLY IN SUPPORT OF DEFENDANT 800-FLOWERS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE AND MOTION TO DISMISS**<br><br>Hearing Date:  December 15, 2023<br>Hearing Time:  10:00 a.m.<br><br>Action Filed:  September 7, 2023<br>Trial Date:  None Set |

1  The Court should grant defendant 800-Flowers, Inc.'s Motion to Compel
2  Arbitration and Stay Case and Motion to Dismiss in its entirety, including staying
3  the entire case until the arbitrations are resolved. Plaintiffs still have not filed an
4  opposition to the motion, and any such opposition would be untimely under Local
5  Rule 7-9. As such, and as set forth in 800-Flowers' notice of non-opposition, the
6  Court should find that plaintiffs consented to the granting of the motion including
7  the stay requested therein. ECF No. 16.

Dated: November 30, 2023

VENABLE LLP

By: _____
Ari N. Rothman
Allison C. Nelson
*Attorneys for Defendant*
800-FLOWERS, INC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

-1-

Case No. 23-cv-07441-AB-PVC

REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY CASE AND MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman