Frank S. Hedin (SBN 291289)
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, and TESSIBLE "SKYLER" FOSTER<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>**<u>NOTICE OF INTENT TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15</u>** |

Plaintiffs Anayancy Paiz, Susan Finkbeiner, Larissa Rapadas, and Skyler Foster hereby provide notice that Plaintiffs will file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) within the time prescribed under the Federal Rules of Civil Procedure. Counsel for Plaintiffs previously discussed same with counsel for Defendant.

.

Dated: November 30, 2023

Respectfully Submitted,

**HEDIN HALL LLP**

By: */s/ Frank S. Hedin*

Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
Armen Zohrabian (SBN 230492)
azohrabian@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*