**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**STIPULATION REGARDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Action Filed:   September 7, 2023<br>Trial Date:   None Set |

# **STIPULATION**

For good cause shown herein and subject to this Court's approval, plaintiffs and defendant 800-Flowers, Inc., by and through their undersigned counsel of record, hereby stipulate to permit 800-Flowers, Inc. to respond to the first amended complaint on or before January 18, 2024. Good cause exists to grant the relief requested herein as follows:

WHEREAS, on December 5, 2023, plaintiffs filed a first amended complaint adding four new plaintiffs and corresponding facts purporting to support their claims but removed one plaintiff (ECF No. 20);

WHEREAS, the deadline for 800-Flowers, Inc. to respond to plaintiffs' first amended complaint is December 19, 2023, under Federal Rule of Civil Procedure 15;

WHEREAS, 800-Flowers, Inc. requires additional time to research the transactions and facts involving the new four plaintiffs to determine how to respond to the complaint as to each of them;

WHEREAS, 800-Flowers, Inc. submits the research described above is time consuming and interferes with 800-Flowers, Inc.'s operations especially given the busy holiday sales season;

WHEREAS, the results of the research are needed to conduct a meaningful meet and confer before 800-Flowers, Inc. initiates motions practice yet the deadline to confer is this Tuesday, December 13, 2023;

WHEREAS, the parties stipulate, while reserving all rights and defenses, that the deadline for 800-Flowers, Inc. to respond to plaintiffs' first amended complaint shall be extended by 30 days to January 19, 2024;

WHEREAS, good cause exists to grant this stipulation because 800-Flowers, Inc. spent significant resources researching the plaintiffs' allegations in the initial complaint to evaluate their claims and to confer with plaintiffs' counsel about them, and will need additional time to evaluate the new plaintiffs' allegations in the

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

1  first amended complaint given that 800-Flowers, Inc. only learned about the new
2  plaintiffs two days ago as set forth herein;

3      WHEREAS, good cause exists for the additional reason that the parties will
4  experience difficulties meeting the current briefing deadlines given the upcoming
5  holidays;

6      WHEREAS, good cause exists also because there are limited hearing dates
7  available in January 2024;

8      WHEREAS, extending the deadline for 800-Flowers, Inc. to respond to the
9  first amended complaint will allow the parties additional time to attempt to narrow
10 the issues in dispute, and potentially resolve some or all of them, as they have to date
11 with only minimal involvement by this Court;

12     IT IS THEREFORE HEREBY STIPULATED AND AGREED by and
13 between undersigned counsel for the parties that defendant 800-Flowers, Inc. shall
14 respond to plaintiffs' first amended complaint on or before January 18, 2024.

15     IT IS SO STIPULATED.

Dated: December 7, 2023

VENABLE LLP

By:    Ari N. Rothman
       Allison C. Nelson
*Attorneys for Defendant*
800-FLOWERS, INC.

Dated: December 7, 2023

HEDIN HALL LLP

By:    */s/ Frank Hedin*
       Frank Hedin
       Arun Ravindran
*Attorneys for Plaintiffs*
ANAYANCY PAIZ, et al.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Frank Hedin, counsel for Plaintiffs, concurs in the content of this filing and has authorized this filing.

Dated: December 7, 2023　　　　　　　　VENABLE LLP

By: _____
　　　Ari N. Rothman
　　　Allison C. Nelson

*Attorneys for Defendant*
800-FLOWERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman