# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>800-FLOWERS, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>~~PROPOSED~~ **ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed:　September 7, 2023<br>Trial Date:　　None Set |

Having considered the parties' Stipulation Regarding Time to Respond to Plaintiffs' First Amended Complaint, it is hereby **ORDERED** that 800-Flowers, Inc. shall respond to the first amended complaint by January 18, 2024.

Neither party is deemed to waive any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: December 12, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE