**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**STIPULATION REGARDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Action Filed:   September 7, 2023<br>Trial Date:      None Set |

Case No. 23-cv-07441-AB-PVC                                                      STIPULATION

## **STIPULATION**

For good cause shown herein and subject to this Court's approval, plaintiffs and defendant 800-Flowers, Inc., by and through their undersigned counsel, hereby stipulate to permit 800-Flowers, Inc. to respond to the first amended complaint on or before January 25, 2024. Good cause exists to grant the relief requested herein as follows:

WHEREAS, the current deadline for 800-Flowers, Inc. to respond to plaintiffs' first amended complaint is January 18, 2024, per the Court's order at ECF No. 20;

WHEREAS, before the holidays, the parties conferred about defendants' likely motion in response to the first amended complaint that will ask the Court to compel some plaintiffs to arbitrate their claims and/or to dismiss their claims, and to stay the litigation pending the outcome of the arbitrations;

WHEREAS, during the parties' Rule 26(f) conference that occurred today, the parties further conferred about the grounds that 800-Flowers, Inc. believes supports its forthcoming motion;

WHEREAS, the parties submit that good cause exists to permit 800-Flowers, Inc. to respond to plaintiffs' first amended complaint on or before January 25, 2024, so that the parties may continue to exchange information and determine whether they can resolve some or all of the relief 800-Flowers, Inc. will seek in its forthcoming motion without further court intervention;

WHEREAS, the short requested extension will not cause any undue delay or change any deadline in the case;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between undersigned counsel for the parties that defendant 800-Flowers, Inc. shall respond to plaintiffs' first amended complaint on or before January 25, 2024.

|  |  |  |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | Dated: January 11, 2024 | VENABLE LLP |
| 4 | | |
| 5 | | By: _____<br>Ari N. Rothman<br>Allison C. Nelson |
| 6 | | *Attorneys for Defendant* |
| 7 | | 800-FLOWERS, INC. |
| 8 | Dated: January 11, 2024 | HEDIN HALL LLP |
| 9 | | |
| 10 | | /s/ *Frank Hedin* |
| 11 | | By: _____<br>Frank Hedin<br>Arun Ravindran |
| 12 | | *Attorneys for Plaintiffs* |
| 13 | | ANAYANCY PAIZ, et al. |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Frank Hedin, counsel for Plaintiffs, concurs in the content of this filing and has authorized this filing.

Dated: January 11, 2024

VENABLE LLP

By: Ari N. Rothman
Allison C. Nelson

*Attorneys for Defendant*
800-FLOWERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman