# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendants. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:   September 7, 2023<br>Trial Date:       None Set |

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Time to Respond to Plaintiffs' First Amended Complaint, it is hereby **ORDERED** that:

800-Flowers, Inc. shall respond to the first amended complaint on or before January 25, 2024;

**IT IS FURTHER ORDERED** that, by entering into the stipulation underlying this order, neither plaintiffs nor defendant shall be deemed to have waived any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT
COURT JUDGE