**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERLY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>Defendants. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**DEFENDANT 800-FLOWERS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>FAC Filed:  December 5, 2023<br>Trial Date:   None Set |

1    Pursuant to Federal Rule of Civil Procedure 7.1, defendant 800-Flowers, Inc.
2    states that it is a wholly owned subsidiary of 1-800-Flowers.com, Inc., and 1-800-
3    Flowers.com, Inc. is a publicly traded corporation.  1-800-Flowers.com, Inc. owns
4    10% or more of the stock of 800-Flowers, Inc.

Dated:  January 18, 2024                    VENABLE LLP

                                            By: _____
                                                Ari N. Rothman
                                                Allison C. Nelson
                                            Attorneys for Defendant
                                            800-FLOWERS, INC.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

_____
Ari N. Rothman