| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Ari N. Rothman (SBN 296568) <br> VENABLE LLP <br> 2049 Century Park East, Suite 2300 <br> Los Angeles, CA 90067 <br> Tel: (310) 229-9900 / Fax: (310) 229-9901 <br> Email: anrothman@venable.com | |
| ATTORNEY(S) FOR: Defendant 800-FLOWERS, INC. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anayancy Paiz, Larissa Rapadas, Tessible "Skyler" Foster, Marie Scott, Kimberly Moore Keller, Krista Baumbach, and LaTricia Anderson Thompson <br><br> Plaintiff(s), <br><br> v. <br><br> 800-Flowers, Inc. d/b/a 1-800-Flowers.com, Harry & David, Personalization Mall, Shari's Berries, 1-800-Baskets.com, Simply Chocolate, Fruit Bouquets.com, Cheryl's Cookies, The Popcorn Factory, Wolferman's Bakery, and Vital Choice, <br><br> Defendant(s) | CASE NUMBER: <br><br> 23-cv-07441-AB-PVC <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for 800-Flowers, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Anayancy Paiz | Plaintiff |
| Larissa Rapadas | Plaintiff |
| Tessible "Skyler" Foster | Plaintiff |
| Marie Scott | Plaintiff |
| Kimberly Moore Keller | Plaintiff |
| Krista Baumbach | Plaintiff |
| LaTricia Anderson Thompson | Plaintiff |
| 800-Flowers, Inc. | Defendant |
| 1-800-Flowers.com, Inc. | Parent of Defendant 800-Flowers, Inc. |

| | |
|---|---|
| January 18, 2024 <br> Date | /s/ Ari N. Rothman <br> Signature <br> Ari N. Rothman <br><br> Attorney of record for (or name of party appearing in pro per): <br><br> Defendant 800-Flowers, Inc. |