**VENABLE LLP**
Ari N. Rothman (SBN 296568)
*anrothman@venable.com*
Allison C. Nelson (SBN 319321)
*acnelson@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERLY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON

Plaintiff,

v.

800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE

Defendants.

Case No. 23-cv-07441-AB-PVC

Hon. André Birotte Jr.
Courtroom 7B

**DEFENDANT 800-FLOWERS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

[*Filed Concurrently With Notice of Motion and Motion to Compel Arbitration, or Alternatively to Strike Class Claims, and Motion to Dismiss; and [Proposed] Order*]

FAC Filed: December 5, 2023
Trial Date: None Set

Defendant 800-Flowers, Inc. submits this answer to plaintiffs' first amended class action complaint only as to the claims brought by plaintiffs Tessible "Skyler" Foster and Krista Baumbach ("remaining plaintiffs"). The claims brought by plaintiffs Anayancy Paiz, Larissa Rapadas, Marie Scott, Kimberly Moore Keller, and LaTricia Anderson Thompson are subject to arbitration and/or dismissal, and these plaintiffs waived their rights to pursue class claims. Thus, 800-Flowers contemporaneously files herewith a motion to compel arbitration and for other relief as to Paiz, Rapadas, Scott, Keller, and Thompson, reserves all rights to seek the relief requested in that motion, and do not by filing this answer waive any rights to seek the relief requested in that motion including to compel arbitration.

**. In response to the first unnumbered paragraph of the amended complaint, 800-Flowers denies all allegations of wrongdoing, denies that it violated any law, denies that any relief requested by the amended complaint is warranted, and denies that the Court can or should certify any class.

1. Deny, except that 800-Flowers admits only that it is an online retailer of flowers and gifts, and that Celebrations Passport is an annual membership that provides customers free shipping and no service fees for the first year at a cost, which then automatically renews every year after the initial year at a cost.

2. Deny, except that 800-Flowers admits only that the ARL sets forth requirements for consumer transactions subject to the statute.

3. Deny.

4. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they seek to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint and denies that the Court can or should certify any class.

5. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure. 800-

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint and denies that the Court can or should certify any class.

6. Deny, except that 800-Flowers admits only that it currently does not contest that the Court has subject matter jurisdiction over the claims of Foster and Baumbach. 800-Flowers reserves all rights to object to the Court's subject matter jurisdiction as circumstances warrant.

7. Deny, except that 800-Flowers does not currently contest that this Court has personal jurisdiction over 800-Flowers for purposes of this action only as to the claims of Foster and Baumbach.

8. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Paiz's claims and therefore does not answer the complaint with respect to her. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Paiz if the Court denies the pending motion.

9. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Rapadas' claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Rapadas if the Court denies the pending motion.

10. 800-Flowers lacks knowledge or information sufficient to form a belief as to the truth of the allegations except that 800-Flowers admits only that its records reflect that someone identifying herself as Tessible Foster purchased at least one product from 800-Flowers and Celebrations Passport.

11. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Scott's claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Scott if the Court denies the pending motion.

12. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Keller's claims or in the alternative to dismiss her claims for lack of

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Keller if the Court denies the pending motion.

13. 800-Flowers lacks knowledge or information sufficient to form a belief as to the truth of the allegations except that 800-Flowers admits only that its records reflect that someone identifying herself as Krista Baumbach purchased at least one product from 800-Flowers and Celebrations Passport.

14. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Thompson's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Thompson if the Court denies the pending motion.

15. Admit.

16. Deny, except that 800-Flowers admits only that the California Legislature passed the ARL in 2009, and that this paragraph purports to quote a portion of Business and Professions Code section 17600 but does not do so correctly.

17. Deny, except that 800-Flowers admits only that this paragraph purports to quote bill analysis of S.B. 340.

18. Deny, except that 800-Flowers admits only that this paragraph purports to quote Business and Professions Code section 17601(a) but does not do so correctly.

19. Deny, except that 800-Flowers admits only that this paragraph purports to quote Business and Professions Code section 17601(b).

20. Deny, except that 800-Flowers admits only that this paragraph purports to quote Business and Professions Code section 17601(c).

21. Deny, except that 800-Flowers admits only that this paragraph purports to quote Business and Professions Code sections 17601(a)(1) and (2).

22. Deny, except that 800-Flowers admits only that this paragraph purports to paraphrase Business and Professions Code section 17601(b)(2).

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

23. Deny, except that 800-Flowers admits only that it operates multiple consumer brands including 1-800-Flowers.com, Harry & David, Personalization Mall, Shari's Berries, 1-800-Baskets.com, Simply Chocolate, Fruit Bouquets.com, Cheryl's Cookies, the Popcorn Factory, Wolferman's Bakery, and Vital Choice, and that these brands offer products in various categories such as flowers, gift baskets, cookies, healthy snacks, and fruit arrangements .

24. Deny, except that 800-Flowers admits only that it may provide qualified customers free shipping and allow such customers to avoid service fees for one year for eligible orders made on Defendant's various websites.

25. Deny, except that 800-Flowers admits only that it offers Celebrations Passport.

26. Deny, except that 800-Flowers admits only that it advertises Celebrations Passport to consumers and has used an unchecked check-box in connection with offering Celebrations Passport for sale.

27. Deny, except that 800-Flowers admits only that Business and Professions Code sections 17601(c) and 17602(a)(2) set forth requirements for consumer transactions subject to the statutes.

28. Deny.

29. Deny.

30. Deny.

31. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Paiz's claims and therefore does not answer the complaint with respect to her. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Paiz if the Court denies the pending motion.

32. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Paiz's claims and therefore does not answer the complaint with respect to her. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Paiz if the Court denies the pending motion.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

33. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Paiz's claims and therefore does not answer the complaint with respect to her. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Paiz if the Court denies the pending motion.

34. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Rapadas' claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Rapadas if the Court denies the pending motion.

35. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Rapadas' claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Rapadas if the Court denies the pending motion.

36. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Rapadas' claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Rapadas if the Court denies the pending motion.

37. Deny, except that 800-Flowers admits only that its records reflect that someone identifying herself as Tessible Foster purchased Celebrations Passport in April 2021.

38. Deny, except that 800-Flowers admits only that its records reflect that someone identifying herself as Tessible Foster purchased Celebrations Passport in April 2021.

39. Deny, except that 800-Flowers admits only that its records reflect that someone identifying herself as Tessible Foster purchased Celebrations Passport in April 2021, and that she was charged two times for Celebrations Passport after her initial purchase of Celebrations Passport.

40. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Scott's claims. 800-Flowers reserves all rights to answer the first

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

amended complaint and raise all affirmative defenses as to Scott if the Court denies the pending motion.

41. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Scott's claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Scott if the Court denies the pending motion.

42. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Scott's claims. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Scott if the Court denies the pending motion.

43. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Keller's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Keller if the Court denies the pending motion.

44. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Keller's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Keller if the Court denies the pending motion.

45. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Keller's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Keller if the Court denies the pending motion.

46. Deny.

47. Deny.

48. Deny.

49. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Thompson's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

and raise all affirmative defenses as to Thompson if the Court denies the pending motion.

50. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Thompson's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Thompson if the Court denies the pending motion.

51. 800-Flowers contemporaneously herewith files a motion to compel arbitration of Thompson's claims or in the alternative to dismiss her claims for lack of standing. 800-Flowers reserves all rights to answer the first amended complaint and raise all affirmative defenses as to Thompson if the Court denies the pending motion.

52. Deny.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

57. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint and denies that the Court can or should certify any class.

58. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

59. Deny, except that 800-Flowers admits only that plaintiffs purport to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

60. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

61. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

62. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

63. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

64. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

denies that the Court can or should certify any class.

65. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

66. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

67. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

68. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

69. Deny, except that 800-Flowers admits only that plaintiffs purport to bring the claims set forth in the first amended complaint. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint and denies that the Court can or should certify any class.

70. 800-Flowers incorporates by reference its responses to the preceding paragraphs of the amended complaint.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

71. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint and denies that the Court can or should certify any class.

72. Deny, except that 800-Flowers admits only that the UCL sets forth requirements for consumer transactions subject to the statute.

73. Deny, except that 800-Flowers admits only that the UCL sets forth requirements for consumer transactions subject to the statute.

74. Deny.

75. Deny, except that 800-Flowers admits only that the UCL sets forth requirements for consumer transactions subject to the statute.

76. Deny.

77. Deny.

78. Deny.

79. Deny.

80. Deny.

81. Deny.

82. Deny.

83. Deny as to plaintiffs and putative class members. 800-Flowers contemporaneously files herewith a motion to compel arbitration, or alternatively to strike class claims, and motion to dismiss the claims brought by Paiz, Rapadas, Scott, Keller, and Thompson.

84. 800-Flowers incorporates by reference its responses to the preceding paragraphs of the amended complaint.

85. Deny, except that 800-Flowers admits only that plaintiffs purport to bring this action individually and on behalf of a putative class they claim to represent. 800-Flowers denies that plaintiffs or any member of any putative class

are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

86. Deny, except that 800-Flowers admits only that this paragraph purports to quote Business and Professions Code section 17500 but does not do so correctly.

87. Deny.

88. Deny.

89. Deny.

90. Deny.

91. Deny.

92. Deny.

93. Deny. 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the amended complaint, and denies that the Court can or should certify any class.

**. In response to the unnumbered section entitled "Prayer for Relief," 800-Flowers denies that plaintiffs or any member of any putative class are entitled to relief by reason of the allegations in the first amended class action complaint and denies that the Court can or should certify any class.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**AFFIRMATIVE DEFENSES**

800-Flowers' affirmative defenses set forth herein are based solely on plaintiffs' allegations in their complaint. 800-Flowers asserts the affirmative defenses set forth below, each as separate and distinct affirmative defenses to the first amended complaint's alleged causes of action. Insofar as any of the following expresses denial of an element of any claim alleged against 800-Flowers or states a mere defense, that denial or mere defense does not indicate that plaintiffs are relieved of their burden to prove each and every element of any such claim or that 800-Flowers assumed any burden of proof. 800-Flowers hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during, for example, pre-trial proceedings, and hereby reserves the right to

amend this answer and offer or assert additional affirmative defenses that cannot now be articulated because, among other reasons, 800-Flowers has not completed discovery.

1. The amended complaint, and each claim for relief therein, fail to state a claim upon which relief can be granted.

2. Some, or all, of the putative class members lack standing under Article III of the United States Constitution including because, for example they did not incur any automatic renewal charge as alleged in the amended complaint and thus did not suffer any injury traceable to any conduct of 800-Flowers.

3. Some, or all, of the putative class members, lack standing as non-residents of California.

4. Some, or all, of the plaintiffs and putative class members agreed to arbitrate their claims.

5. Some, or all, of the putative class members waived their right to bring class claims.

6. Plaintiffs and some, or all, of the putative class members are barred from recovering against 800-Flowers because of the voluntary payment doctrine.

7. The amended complaint, and each claim for injunctive relief, is barred in whole or in part to the extent there is an adequate remedy at law.

8. The amended complaint, and each claim for injunctive relief therein, is barred in whole or in part because the alleged wrongful conduct, if any (800-Flowers contends there was none) is discontinued and not likely to recur.

9. The amended complaint, and each claim for relief therein, is barred because the statutes under which the complaint is brought are unconstitutional to the extent they are applied in a manner that violates any constitutional protection, including the excessive fines clause of the Takings Clause and the Eighth Amendment to the United States Constitution.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**RESERVATION OF RIGHTS**

800-Flowers hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during, for example, pre-trial proceedings, and hereby reserves the rights to amend this answer and offer or assert additional defenses that cannot now be articulated because, among other reasons, 800-Flowers has not completed discovery.

WHEREFORE, 800-Flowers prays that:

A. Judgment be rendered in favor of 800-Flowers and against remaining plaintiffs with respect to all counts and causes of action in the first amended class action complaint;

B. The above-entitled action, as brought by remaining plaintiffs, be dismissed in its entirety with prejudice;

C. Remaining plaintiffs and putative class members take nothing by reason of their complaint;

D. 800-Flowers be granted its costs, and reasonable attorneys' fees to the extent allowed by law, incurred in connection with this lawsuit; and

E. For such other relief in 800-Flowers' favor as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, 800-Flowers demands a trial by jury on all issues so triable.

Dated: January 18, 2024

VENABLE LLP

By: Ari N. Rothman
Allison C. Nelson
Attorneys for Defendant
800-FLOWERS, INC.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman