# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>800-FLOWERS, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED]** **ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed:　September 7, 2023<br>Trial Date:　　None Set |

　　　Having considered the parties' Stipulation Regarding Time to Respond to Plaintiffs' First Amended Complaint, it is hereby **ORDERED** that 800-Flowers, Inc. shall respond to the First Amended Complaint by **January 25, 2024**.

　　　Neither party shall be deemed to have waived any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration.

　　　**IT IS SO ORDERED.**

Dated: January 18, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case No. 23-CV-07441-AB-PVC