Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**STIPULATION REGARDING CLASS CERTIFICATION BRIEFING**<br><br>Action Filed: September 7, 2023<br>Trial Date: None Set |

# **STIPULATION**

For good cause shown herein and subject to this Court's approval, Plaintiffs and Defendant, by and through their undersigned counsel of record, hereby stipulate to the briefing schedule for Plaintiffs' Motion for Class Certification. Good cause exists to grant the relief requested herein as follows:

WHEREAS, on January 18, 2024, defendant 800-Flowers, Inc. filed a motion at ECF No. 27 seeking to compel most of the plaintiffs to arbitrate their claims and to stay this entire litigation pending completion of their arbitrations;

WHEREAS, 800-Flowers, Inc.'s motion is currently pending and thus the parties file the relief requested in this stipulation to secure a definite briefing schedule on plaintiffs' motion for class certification if the Court does not grant the stay 800-Flowers, Inc. requested;.

WHEREAS, on January 19, 2024, the parties filed their Joint Rule 26(f) report which included the Court's Schedule of Pretrial and Trial Dates Worksheet (ECF No. 26) recommending that the parties address class certification by separate stipulation and proposed order;

WHEREAS, the parties have met and conferred regarding the schedule for class certification briefing and submit that the proposed schedule herein allows for development of the factual record and the efficient handling of the case in light of the other case management dates proposed;

WHEREAS, by entering into this stipulation, neither Plaintiffs nor Defendant shall have deemed to waive any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between undersigned counsel for the parties that Plaintiffs shall file their motion for class certification on or before **September 1, 2024;** Defendant shall file its opposition on or before **October 1, 2024;** and Plaintiffs shall file their reply on or

before **October 15, 2024,** with the hearing on the motion to occur on the date selected by the Court and set forth on the order accompanying this stipulation.

IT IS SO STIPULATED.

Dated: February 1, 2024            Respectfully Submitted,

**HEDIN LLP**

By:   /s/ Frank S. Hedin

   Frank S. Hedin (SBN 291289)

*Counsel for Plaintiff and the Putative Class*

Dated: February 1, 2024            **VENABLE LLP**

By:   /s/ Ari N. Rothman

   Ari N. Rothman (SBN 296568)
   Allison C. Nelson (SBN 319321)

*Counsel for Defendant*

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Ari Rothman, counsel for Defendant, concurs in the content of this filing and has authorized this filing.

Dated: February 1, 2024

HEDIN LLP

By: /S/ FRANK S. HEDIN
Frank S. Hedin

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ Frank S. Hedin

Frank S. Hedin