Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:    September 7, 2023<br>Trial Date:       None Set |

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Class Certification Briefing, it is hereby **ORDERED THAT**:

Plaintiffs shall file their motion for class certification on or before **September 1, 2024**; Defendant shall file its opposition on or before than **October 1, 2024**; and Plaintiffs shall file their reply on or before **October 15, 2024;**

**IT IS FURTHER ORDERED** that the hearing on Plaintiffs' Motion for Class Certification shall occur on _____, _____, 2024;

**IT IS FURTHER ORDERED** that, by entering into the stipulation underlying this order, neither Plaintiffs nor Defendant shall have deemed to waive any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                  Hon. André Birotte Jr.
                                                  UNITED STATES DISTRICT
                                                  COURT JUDGE