Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**STIPULATION REGARDING HEARING ON MOTION TO COMPEL ARBITRATION**<br><br>Action Filed: September 7, 2023<br><br>Current Hearing Date: March 1, 2024<br><br>Proposed Hearing Date: March 8, 2024<br><br>Trial Date: March 11, 2025 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | For good cause shown herein and subject to this Court's approval, Plaintiffs |
| 3 | and Defendant, by and through their undersigned counsel of record, hereby stipulate |
| 4 | to a one-week adjournment of the hearing on Defendant's Motion to Compel |
| 5 | Arbitration (ECF No. 27) ("the Motion"). Good cause exists to grant the relief |
| 6 | requested herein as follows: |
| 7 | WHEREAS, on January 18, 2024, defendant 800-Flowers, Inc. filed the |
| 8 | Motion seeking to compel five of the seven named plaintiffs to arbitrate their claims |
| 9 | and to stay the case pending completion of the arbitrations; |
| 10 | |
| 11 | WHEREAS, the Motion is presently set for a hearing on March 1, 2024, |
| 12 | Plaintiff's opposition to the Motion is due on February 9, 2024, and Defendant's |
| 13 | Reply is due on February 16, 2024, |
| 14 | WHEAREAS, the parties have continued to meet and confer regarding the |
| 15 | Motion after the Motion was filed. On February 6, 2024, the parties discussed a |
| 16 | proposal to resolve some or all of the issues presented in the Motion, but submit they |
| 17 | require an additional week to continue such discussions; |
| 18 | WHEREAS, by entering into this stipulation, neither Plaintiffs nor Defendant |
| 19 | shall have deemed to waive any right or defense, including with respect to seeking |
| 20 | to compel arbitration or opposing any motion to compel arbitration; |
| 21 | IT IS THEREFORE HEREBY STIPULATED AND AGREED by and |
| 22 | between undersigned counsel for the parties that the hearing on Defendant's Motion |
| 23 | to Compel Arbitration shall occur on **March 8, 2024** instead of March 1, 2024, and |
| 24 | that accordingly, Plaintiffs shall file their opposition to the Motion on or before |
| 25 | **February 16, 2024;** Defendant shall file its reply on or before **February 23, 2024**. |
| 26 | |
| 27 | IT IS SO STIPULATED. |
| 28 | |

Dated: February 6, 2024　　　　Respectfully Submitted,

**HEDIN LLP**

By:   /s/ *Frank S. Hedin*

    Frank S. Hedin (SBN 291289)

*Counsel for Plaintiff and the Putative Class*

Dated: February 6, 2024　　　　**VENABLE LLP**

By:   /s/ *Ari N. Rothman*

    Ari N. Rothman (SBN 296568)
    Allison C. Nelson (SBN 319321)

*Counsel for Defendant*

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Ari Rothman, counsel for Defendant, concurs in the content of this filing and has authorized this filing.

Dated: February 6, 2024

HEDIN LLP

By: /S/ FRANK S. HEDIN
Frank S. Hedin

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ Frank S. Hedin
Frank S. Hedin