Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed: September 7, 2023<br>New Hearing Date: March 8, 2024<br>Trial Date: March 11, 2025 |

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Hearing on Motion to Compel Arbitration, it is hereby **ORDERED THAT**:

The hearing on the Motion to Compel Arbitration shall occur on March 8, 2024. The March 1, 2024 hearing is **STRICKEN** from the calendar;

**IT IS FURTHER ORDERED** that Plaintiffs shall file their opposition to the Motion to Compel Arbitration on or before February 16, 2024, and Defendant shall file its reply on or before February 23, 2024;

**IT IS FURTHER ORDERED** that, by entering into the stipulation underlying this order, neither Plaintiffs nor Defendant shall have deemed to waive any right or defense, including with respect to seeking to compel arbitration or opposing any motion to compel arbitration.

**IT IS SO ORDERED.**


Dated:_____          _____
                                        Hon. André Birotte Jr.
                                        UNITED STATES DISTRICT
                                        COURT JUDGE