UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>800-FLOWERS, INC.,<br><br>                    Defendant. | Case No.: 2:23-cv-07441-AB-PVC<br><br>**~~PROPOSED~~ ORDER CONTINUING MOTION TO COMPEL ARBITRATION**<br><br>Action Filed:          September 7, 2023<br>New Hearing Date: March 8, 2024<br>Trial Date:              March 11, 2025 |

   Having considered the parties' Stipulation Regarding Hearing on Motion to Compel Arbitration, the Court hereby **CONTINUES** the hearing on the Motion to Compel Arbitration to **March 15, 2024**.

   Plaintiffs shall file their opposition to the Motion to Compel Arbitration on or before February 16, 2024, and Defendant shall file its reply on or before February 23, 2024.

   **IT IS SO ORDERED.**

Dated: February 9, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1