1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  ANAYANCY PAIZ, et al.,

                                          Case No.: 2:23-cv-07441-AB-PVC
11                              Plaintiffs,
                                          ~~PROPOSED~~ ORDER RE: BRIEFING
12                                        SCHEDULE FOR CLASS
                                          CERTIFICATION
13       v.
                                          Action Filed:    September 7, 2023
14  800-FLOWERS, INC.,                    Trial Date:      March 11, 2025

15                              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1  Having considered the parties' Stipulation Regarding Class Certification, the

2  Court hereby **ORDERS** that:

3  Plaintiffs shall file their motion for class certification on or before

4  **September 1, 2024**; Defendant shall file its opposition on or before **October 1, 2024**;

5  and Plaintiffs shall file their reply on or before **October 15, 2024**.

6  The hearing on Plaintiffs' Motion for Class Certification shall occur on

7  **November 1, 2024**.

8  Neither party shall be deemed to have waived any right or defense, including with

9  respect to seeking to compel arbitration or opposing any motion to compel arbitration.

10  **IT IS SO ORDERED.**

11

12  Dated: February 9, 2024

13  HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2