| | |
|---|---|
| Frank S. Hedin (SBN 291289)<br>**HEDIN LLP**<br>1395 Brickell Avenue, Suite 1140<br>Miami, FL 33131<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br><br>*Counsel for Plaintiffs and the Putative Class*<br><br>[Additional Counsel on Signature Page] | |

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed: September 7, 2023<br>Trial Date: March 11, 2025 |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Upon consideration of Plaintiff's Motion to File Second Amended Complaint |
| 3 | (ECF No. _____), it is hereby **ORDERED THAT**: |
| 4 | Plaintiff's Motion to File Second Amended Complaint is **GRANTED.** The |
| 5 | Clerk of Court is **DIRECTED** to docket the Proposed Second Amended Complaint |
| 6 | attached as Exhibit A to Plaintiff's Motion (ECF No. _____) as the operative |
| 7 | Complaint in this action. |
| 8 | Defendant's Motion to Compel to Arbitration and Stay Case and Motion to |
| 9 | Dismiss (ECF No. 27) is **DENIED as MOOT.** |
| 10 | |
| 11 | **IT IS SO ORDERED.** |

Dated:_____  _____

Hon. André Birotte Jr.
UNITED STATES DISTRICT
COURT JUDGE