**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**REPLY IN SUPPORT OF DEFENDANT 800-FLOWERS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE AND MOTION TO DISMISS**<br><br>Hearing Date: March 15, 2023<br>Hearing Time: 10:00 a.m.<br><br>Action Filed: September 7, 2023<br>Trial Date: None Set |

Plaintiffs failed to oppose defendant 800-Flowers, Inc.'s Motion to Compel Arbitration and Stay Case and Motion to Dismiss filed at ECF No. 27. Accordingly, the motion is unopposed, any opposition plaintiffs might file would be untimely under Local Rule 7-9, and the Court may grant 800-Flowers, Inc.'s motion.

However, and presumably instead of opposing 800-Flowers' motion, plaintiffs filed their Motion to File Second Amended Complaint at ECF No. 38, and scheduled the motion for hearing to occur on March 29, 2024. The proposed second amended complaint removes plaintiffs Paiz, Rapadas, Keller, and Thompson, thereby mooting the portions of 800-Flowers' motion pertaining to those plaintiffs. The proposed second amended complaint also changes how plaintiff Marie Scott, the last plaintiff subject to 800-Flowers' motion, allegedly purchased Celebrations Passport, the product underlying plaintiffs' lawsuit. Thus, because the outcome of plaintiffs' motion may affect or moot 800-Flowers' motion, the Court may defer ruling on 800-Flowers' motion until it rules on plaintiffs' motion, and reset the hearing on 800-Flowers' motion until March 29, 2024, the date plaintiffs set for the hearing on plaintiffs' Motion to File Second Amended Complaint.

Dated: February 22, 2024

VENABLE LLP

By: Ari N. Rothman
    Allison C. Nelson
*Attorneys for Defendant*
800-FLOWERS, INC.

-1-

Case No. 23-cv-07441-AB-PVC    REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY CASE AND MOTION TO DISMISS

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Ari N. Rothman