**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, SUSAN FINKBEINER, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY AND DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendant. | Case No. 23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**DEFENDANT 800-FLOWERS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT**<br><br>Action Filed:  September 7, 2023<br>Trial Date:  March 11, 2025 |

1   Defendant 800-Flowers, Inc. does not oppose plaintiffs' filing of the proposed second amended complaint (*see* ECF No. 38-1) but requests additional time to respond to it as set out below; disagrees that plaintiffs are entitled to any of the relief they seek or that any class can be certified; denies all liability; and reserves all rights to respond to it, including to seek any relief appropriate under the Federal Rules of Civil Procedure and applicable law.

Additionally, given the changes and additions made to the second amended complaint from the prior iterations of the complaint, and that counsel for 800-Flowers, Inc. asked plaintiffs' counsel to clarify whether certain portions of the second amended complaint are needed without having received any response as of the date of this filing, 800-Flowers, Inc. requests 30 days from the date that the Court deems the second amended complaint filed to respond to it.

Finally, permitting plaintiffs to file their second amended complaint would moot 800-Flowers, Inc.'s pending motion to compel arbitration and for other relief filed at ECF No. 27 insofar as the proposed second amended complaint, if filed, would remove from the litigation the plaintiffs subject to the motion.  Thus, 800-Flowers, Inc. respectfully suggests that no hearing is needed on March 29, 2024, for 800-Flowers, Inc.'s pending motion, or for plaintiffs' motion for leave to file their second amended complaint if the Court permits plaintiffs to file it.

Dated:  March 15, 2024

VENABLE LLP

By: _____
Ari N. Rothman
Allison C. Nelson
*Attorneys for Defendant*
800-FLOWERS, INC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

-1-

Case No. 23-cv-07441-AB-PVC

DEFENDANT 800-FLOWERS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT