Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**FED R. CIV. P. 15(A)(2) STIPULATION REGARDING SECOND AMENDED COMPLAINT AND RESPONSE DATE**<br><br>Action Filed:	September 7, 2023<br><br>Next Hearing Date: March 29, 2024<br><br>Trial Date:	March 11, 2025 |

# **STIPULATION**

For good cause shown herein and subject to this Court's approval, Plaintiffs and Defendant, by and through their undersigned counsel of record, hereby stipulate to the filing of the attached Second Amended Complaint as the operative Complaint and that Defendant's response date shall be thirty days from the Court's entry of this stipulation.

WHEREAS, on February 16, 2024, Plaintiffs filed a Motion to File a Second Amended Complaint (ECF No. 38) and on March 15, 2024 in response to the notice of motion defendant 800-Flowers, Inc. advised Defendant did not oppose the filing of the Second Amended Complaint (ECF No. 41);

WHEREAS, Defendant's response to the notice of motion acknowledges that granting the Motion to File a Second Amended Complaint would moot Defendant's pending Motion to Compel Arbitration (ECF No. 27), the Court has not granted the Motion to Amend, and the matter is coming before the Court on a hearing regarding the Motion to Compel Arbitration on March 29, 2024 at 10:00 a.m. (ECF No. 40);

WHEREAS the parties have continued to meet and confer regarding the pleadings, and pursuant to Fed. R. Civ. P. 15(a)(2), Defendant, while denying liability and reserving all rights and defenses, has consented to the filing of the proposed attached Second Amended Complaint (Ex. A) which is identical to the proposed Second Amended Complaint filed at ECF No. 38-1 but which removes Count II which alleges a violation of California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, et seq;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between undersigned counsel for the parties that:

(a) Defendant, while denying liability and reserving all rights and defenses, consents to the filing of the attached proposed Second Amended Complaint and that the attached proposed Second Amended Complaint

|   |   |   |
|---|---|---|
| 1 | | shall be deemed the operative complaint; |
| 2 | | (b) That Defendant shall have thirty days from the date of the Order entering the stipulation to respond to the attached Second Amended Complaint and may respond to it however it deems fit in accordance with the Federal Rules of Civil Procedure and applicable caselaw; and that |
| 6 | | (c) By entering into this stipulation, Defendant does not concede anything that Plaintiffs might allege in the Second Amended Complaint or waive any right or defense. |

IT IS SO STIPULATED.

Dated: March 27, 2024                    Respectfully Submitted,

**HEDIN LLP**

By:   /s/ Frank S. Hedin

   Frank S. Hedin (SBN 291289)

*Counsel for Plaintiff and the Putative Class*

Dated: March 27, 2024                    **VENABLE LLP**

By:   /s/ Ari N. Rothman

   Ari N. Rothman (SBN 296568)
   Allison C. Nelson (SBN 319321)

*Counsel for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Ari Rothman, counsel for Defendant, concurs in the content of this filing and has authorized this filing.

Dated: March 27, 2024

HEDIN LLP

By: /S/ FRANK S. HEDIN
Frank S. Hedin

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ Frank S. Hedin

Frank S. Hedin