Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, LARISSA RAPADAS, TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, KIMBERY MOORE KELLER, KRISTA BAUMBACH, and LATRICIA ANDERSON THOMPSON<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:  September 7, 2023<br>Trial Date:     March 11, 2025 |

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Second Amended Complaint and Response Date, it is hereby **ORDERED THAT**:

The proposed Second Amended Complaint attached to the parties' Stipulation is accepted as the operative complaint and Plaintiffs' Motion to File Second Amended Complaint (ECF No. 38) is **DENIED** as moot.

Defendant shall have thirty-days from the entry of this Order to respond to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                 Hon. André Birotte Jr.
                                                 UNITED STATES DISTRICT
                                                 COURT JUDGE