UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAYANCY PAIZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 800-FLOWERS, INC., <br><br> Defendant. | Case No. 2:23-cv-07441-AB-PVC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT** |

Before the Court is Plaintiffs Anayancy Paiz, Larissa Rapadas, Tessible "Skyler" Foster, Marie Scott, Kimberly Moore Keller, Krista Baumbach, and Latricia Anderson Thompson's (collectively, "Plaintiffs") Motion to File Second Amended Complaint ("Plaintiffs' Motion," Dkt. No. 38).

Defendant 800-Flowers ("Defendant") filed a response to Plaintiffs' Motion, indicating that it does not oppose Plaintiffs' Motion. *See* Response (Dkt. No. 41). Defendant also requests 30 days to respond to the second amended complaint ("SAC"). *See id*. Defendant asserts that its pending Motion to Compel Arbitration and Stay Case and Motion to Dismiss ("Defendant's Motion," Dkt. No. 27) would be moot, insofar as the proposed SAC, if filed, drops plaintiffs subject to Defendant's Motion. *See id.*

The Court therefore **GRANTS** Plaintiffs' Motion (Dkt. No. 38). Plaintiffs may

1

file the proposed SAC **within 5 days of this Order**. Defendant has 30 days from the filing of Plaintiffs' SAC to respond to the SAC.

      Defendant's Motion (Dkt. No. 27) is **DENIED AS MOOT**. The hearings on Defendant's Motion (Dkt. No. 27) and Plaintiffs' Motion (Dkt. No. 38), set for March 29, 2024, are hereby **VACATED**.

      **IT IS SO ORDERED**.

Dated:  March 28, 2024

                                    HONORABLE ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE