**VENABLE LLP**
Ari N. Rothman (SBN 296568)
 anrothman@venable.com
Allison C. Nelson (SBN 319321)
 acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
800-FLOWERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE<br><br>Defendants. | Case No. 23-cv-07441<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT 800-FLOWERS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE, OR ALTERNATIVELY, TO DISMISS FOR LACK OF STANDING, OR TO STRIKE CLASS CLAIMS**<br><br>Hearing Date:   June 7, 2024<br>Hearing Time:   10:00 a.m.<br><br>Action Filed:   September 7, 2023<br>Trial Date:   March 11, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Krista Baumbach and Marie Scott did not file an opposition to defendant 800-Flowers, Inc.'s Motion to Compel Arbitration and Stay Case, or Alternatively, to Dismiss for Lack of Standing, or to Strike Class Claims (ECF No. 46) within the time provided by the Local Rules. L.R. 7-9 ("Each opposing party shall, not later than . . . twenty-one (21) days before the date designated for the hearing of the motion . . . serve upon all parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that the party will not oppose the motion").

800-Flowers, Inc. filed and served its motion on plaintiffs on May 10, 2024, and set the hearing date on the motion for June 7, 2024. Plaintiffs' opposition was therefore due to be filed and served no later than May 17, 2024. But the docket for this matter does not reflect that any opposition was filed, and no opposition was received by 800-Flowers.

Under Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, 800-Flowers files this notice of non-opposition, and respectfully requests that the Court deem plaintiffs' non-opposition as their consent to granting the motion. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming order granting unopposed motion to dismiss, deeming failure to oppose as consent to grant the motion); *Samuel v. JPMorgan Chase Bank N.A.*, No. 20-cv-11777-AB-E, 2021 WL 4812983, at *1–2 (C.D. Cal. May 25, 2021) (Birotte Jr., J.) (granting unopposed motion to compel arbitration and deeming plaintiff's failure to oppose motion to compel arbitration as concession to the merits of the motion pursuant to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

1  Local Rule 7-12).

Dated: May 20, 2024

VENABLE LLP

By: _____
      Ari N. Rothman
      Allison C. Nelson

*Attorneys for Defendant*
800-FLOWERS, INC.