# EXHIBIT A

**RE: 800-Flowers -- meet and confer call**

 **Rothman, Ari N. <ANRothman@Venable.com>**

**To:**  fhedin@hedinllp.com;  **Cc:**  Nelson, Allison C.;  aravindran@hedinllp.com  ▾

Dear Frank:

We do not believe the answers to your questions below are relevant to our motion. What is relevant are the answers to our questions for which we have received no response or evidence other than an assertion on the immaterial issue that Baumbach paid with a debit card. Please advise.

Ari

**Ari N. Rothman, Esq.** | **Venable LLP**
**Phone** +1 818.925.6114
2049 Century Park East, Suite 2300, Los Angeles, CA 90067
ANRothman@Venable.com | www.venable.com/professionals/r/ari-n-rothman

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Thursday, May 9, 2024 14:46
**To:** Rothman, Ari N. <ANRothman@Venable.com>
**Cc:** Nelson, Allison C. <ACNelson@Venable.com>; aravindran@hedinllp.com
**Subject:** Re: 800-Flowers -- meet and confer call

**Caution: External Email**


Ari:
Why do you not have it? Can you please send us the company's retention policy pertaining to phone call recordings to and from its customer service line?

Frank S. Hedin
**HEDIN** L.L.P.
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

**From:** Rothman, Ari N. <ANRothman@Venable.com>
**Date:** Thursday, May 9, 2024 at 2:34 PM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** Nelson, Allison C. <ACNelson@Venable.com>, aravindran@hedinllp.com <aravindran@hedinllp.com>
**Subject:** RE: 800-Flowers -- meet and confer call

And I am saying we do not have it.  If it is found and sent to us then we will let you know.

Ari

**Ari N. Rothman, Esq.** | **Venable LLP**
**Phone** +1 818.925.6114
2049 Century Park East, Suite 2300, Los Angeles, CA 90067
ANRothman@Venable.com | www.venable.com/professionals/r/ari-n-rothman

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Wednesday, May 8, 2024 10:53
**To:** Rothman, Ari N. <ANRothman@Venable.com>
**Cc:** Nelson, Allison C. <ACNelson@Venable.com>; aravindran@hedinllp.com
**Subject:** Re: 800-Flowers -- meet and confer call

**Caution: External Email**

You're moving to compel arbitration based on what was purportedly said to her on the phone, so we're asking for the recording of the phone call. Nothing controversial here.

**From:** Rothman, Ari N. <ANRothman@Venable.com>
**Date:** Wednesday, May 8, 2024 at 10:27 AM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** Nelson, Allison C. <ACNelson@Venable.com>, aravindran@hedinllp.com <aravindran@hedinllp.com>
**Subject:** RE: 800-Flowers -- meet and confer call

All records show it was a credit card so please provide the debit card statements.  We have yet to find a call recording of that call several years ago.  Is your client denying that she signed up for celebrations passport and called us to demand its benefits after she did so?

Ari N. Rothman, Esq.
Venable LLP
(818) 925-6114

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** May 8, 2024 15:24
**To:** "Rothman, Ari N." <ANRothman@Venable.com>
**Cc:** "Nelson, Allison C." <ACNelson@Venable.com>; aravindran@hedinllp.com
**Subject:** Re: 800-Flowers -- meet and confer call

**Caution: External Email**

 Ari:

Baumbach was debited money from a debit card.  She was deprived of that money until it was refunded in the next billing cycle.

Please provide the audio recordings of Scott's calls with your client.