Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed: September 7, 2023<br>Trial Date: March 11, 2025 |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Continue Hearing Date for Defendant's Motion to Compel Arbitration and to Permit Limited Discovery (ECF No. _____), it is hereby **ORDERED THAT**:

Plaintiffs' Motion to Continue Hearing Date for Defendant's Motion to Compel Arbitration and to Permit Limited Discovery is **GRANTED.**

The hearing is on Defendant's Motion shall be held on August 9, 2024 at 10:00 a.m.

Pursuant to L.R. 7-11 Plaintiffs shall file their opposition to Defendant's Motion on or before July 19, 2024, and Defendant shall file its reply thereto on or before July 26, 2024.

**IT IS SO ORDERED.**

Dated:_____     _____
                                   Hon. André Birotte Jr.
                                   UNITED STATES DISTRICT
                                   COURT JUDGE