Frank S. Hedin (SBN 291289)
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33134
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH, | Case No.: 2:23-cv-07441-AB-PVC |
| | **PLAINTIFFS' AMENDED NOTICE OF HEARING DATE RE: MOTION TO CONTINUE HEARING DATE FOR HEARING ON DEFENDANT'S MOTION TO COMPEL ARTIBRATION** |
| Plaintiffs, | |
| v. | |
| 800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, and VITAL CHOICE, | Hearing Date: June 28, 2024 |
| | Action Filed: September 7, 2023 |
| | Trial Date: March 11, 2025 |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL
PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 28, 2024, at 10:00 A.M. or as soon
thereafter as the matter may be heard in courtroom 7B of the above-entitled court,
located at 350 West First Street, Los Angeles, California, 90012, Plaintiffs Tessible
"Skyler" Foster, Marie Scott, and Krista Baumbach hereby do move the Court for
an Order continuing the hearing on Defendant's Motion to Compel Arbitration
(ECF No. 46) to August 9, 2024.

This amended notice of hearing is made to correct the docket text associated
with Plaintiffs' Notice of Motion and Motion to Continue Hearing Date for Hearing
on Defendant's Motion to Compel Arbitration (ECF No. 49) which mistakenly
denoted August 9, 2024 as the hearing date for the Motion to Continue Hearing
Date for Hearing on Defendant's Motion to Compel Arbitration when the date for
the hearing on the Motion to Continue Hearing Date for Hearing on Defendant's
Motion to Compel Arbitration is June 28, 2024 at 10:00 a.m.

Dated: May 29, 2024

**HEDIN LLP**
By: /s/ Frank S. Hedin
Frank S. Hedin
*Attorney for Plaintiffs and the
Putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2024, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.


By: *  /s/ Frank S. Hedin*

Frank S. Hedin