UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANAYANCY PAIZ, et al., | Case No. 23-cv-07441-AB-PVC |
|---|---|
| Plaintiffs, | **ORDER RE: PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION** |
| v. | |
| 800-FLOWERS, INC., | |
| Defendant. | |

The Court has reviewed Plaintiffs' Motion to Continue Hearing Date for the Hearing on Defendant's Motion to Compel Arbitration and to Permit Limited Discovery. (Dkt. No. 49.) The Court **GRANTS** Plaintiffs' request for an extension of time to file an opposition to Defendant's Motion to Compel Arbitration. Plaintiffs shall file an opposition to Defendant's Motion by **July 12, 2024**. Defendant shall file its reply by **July 26, 2024**. The hearing on Defendant's Motion to Compel Arbitration (Dkt. No. 46) is **CONTINUED** to **August 9, 2024**.

**IT IS SO ORDERED.**

Dated: June 5, 2024

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1