# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH,<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | Case No.: 2:23-cv-07441-AB-PVC<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER**<br><br>Action Filed: September 7, 2023<br>Trial Date: March 11, 2025 |

# [PROPOSED] ORDER

Having considered the parties' Stipulation for Extension of Case Management Deadlines to Accommodate Motion to Compel Hearing and Facilitate Mediation, and being apprised that the parties have agreed to mediate this case on or before September 1, 2024 it is hereby **ORDERED THAT**:

The following deadlines relevant to the Motion to Compel Arbitration (ECF No. 46) are extended as follows:

Plaintiff's Opposition due: October 10, 2024

Defendant's Reply due: October 25, 2024

The hearing on the Motion to Compel Arbitration is continued to **November 8, 2024 at 10:00 a.m.**

The remaining case management deadlines are extended by 180 days as follows:

| Deadline | Old Date | New Date |
|---|---|---|
| Expert Disclosure (initial): | 8/1/2024 | 1/28/25 |
| Expert Disclosure (rebuttal): | 9/1/2024 | 2/28/25 |
| Expert Discovery Cutoff: | 10/18/2024 | 4/16/25 |
| Non-Expert Discovery Cutoff: | 10/18/2024 | 4/16/25 |
| Last Date to Hear Motions: | 11/22/24 | 5/21/25 |
| Trial Filings (first round): | 1/31/25 | 7/30/25 |
| Trial Filings (second round): | 2/7/25 | 8/6/25 |
| Final Pretrial Conference: | 2/21/25 at 11:00 a.m. | **8/22/25 at 11:00 a.m.** |

| Trial: | 3/11/25 at 8:30 a.m. | **9/9/25 at 8:30 a.m.** |

Additionally, the Class Certification deadlines are also extended by 180 days as follows:

Motion for Class Certification:             February 28, 2025

Opposition to Motion for Class Certification:   April 1, 2025

Reply to Opposition:                        April 16, 2025

The hearing on Plaintiffs' Motion for Class Certification shall occur on **May 2, 2025.**

**IT IS SO ORDERED.**

Dated:_____        _____
                                     Hon. André Birotte Jr.
                                     UNITED STATES DISTRICT
                                     COURT JUDGE