UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC.,<br><br>Defendant. | Case No. 2:23-cv-07441-AB-PVC<br><br>[~~PROPOSED~~] **ORDER CONTINUING MOTION TO COMPEL AND CASE DEADLINES** |

Having considered the parties' Stipulation for Extension of Case Management Deadlines to Accommodate Motion to Compel Hearing and Facilitate Mediation, and being apprised that the parties have agreed to mediate this case on or before September 1, 2024, it is hereby **ORDERED THAT**:

The following deadlines relevant to the Motion to Compel Arbitration (Dkt. No. 46) are extended as follows:

- Plaintiff's Opposition due:         October 10, 2024
- Defendant's Reply due:              October 25, 2024

The hearing on the Motion to Compel Arbitration is **CONTINUED** to **November 8, 2024 at 10:00 a.m.**

The remaining case management deadlines are extended by 180 days as follows:

1

| Deadline | New Date |
|---|---|
| Non-Expert Discovery Cutoff: | 04/16/2025 |
| Expert Disclosure (initial): | 01/28/2025 |
| Expert Disclosure (rebuttal): | 02/28/2025 |
| Expert Discovery Cutoff: | 04/16/2025 |
| Last Date to Hear Motions: | 05/23/2025 |
| Deadline to Complete Settlement Conference | 06/06/2025 |
| Trial Filings (first round): | 07/30/2025 |
| Trial Filings (second round): | 08/06/2025 |
| Final Pretrial Conference: | 08/22/2025 at 11:00 a.m. |
| Trial: | 09/08/2025 at 8:30 a.m. |

Additionally, the Class Certification deadlines are also extended by 180 days as follows:

- Motion for Class Certification:  February 28, 2025
- Opposition to Motion for Class Certification:  April 1, 2025
- Reply to Opposition:  April 16, 2025

The hearing on Plaintiffs' Motion for Class Certification shall occur on **May 2, 2025.**

**IT IS SO ORDERED.**

Dated: June 20, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE