1  Frank S. Hedin (SBN 291289)
   Hedin LLP
2  535 Mission Street, 14th Floor
3  San Francisco, CA 94105
   Telephone: (305) 357-2107
4  Facsimile: (305) 200-8801
5  E-Mail:    fhedin@hedinllp.com

6  *Counsel for Plaintiffs and the Putative Class*

7  [Additional Counsel on Signature Page]
8

9
10            **UNITED STATES DISTRICT COURT FOR THE**
11               **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13 | TESSIBLE "SKYLER" FOSTER; | 2:23−cv−07441−AB−PVC |
|----|---|---|
| 14 | MARIE SCOTT; and KRISTA BAUMBACH | |
| 15 | | **JOINT STIPULATION TO ALLOW PLAINTIFFS TO EXCEED PAGE LIMITS IN UNOPPOSED MOTION AND MEMORANDA OF POINTS/AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT** |
| 16 | PLAINTIFFS, | |
| 17 | V. | |
| 18 | 800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE, | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | DEFENDANT. | |
| 27 | | |
| 28 | | |

JOINT STIPULATION RE: PAGE LIMITS

IT IS HEREBY STIPULTED by and between Plaintiffs Tessible "Skyler" Foster, Marie Scott, Krista Baumbach ("Plaintiffs"), and Defendant 800-Flowers, Inc., by and through their respective counsel of record, as follows:

a. Plaintiffs will file an Unopposed Motion for Preliminary Approval of Class Action Settlement which, if finally approved, will resolve the above-captioned matter.

b. Section 12.c of the Court's Standing Order limits memoranda of points and authorities in support of or in opposition to motions to 25 pages.

c. Plaintiffs submit that a 15-page extension from 25 to 40 pages is appropriate to permit a full presentation of the Proposed Class Action Settlement so that Court may assess whether it should be preliminarily approved under Fed. R. Civ. P. 23. 800-Flowers, Inc. stipulates to this request.

d. Plaintiffs submit that good cause exists for Plaintiffs to exceed the page limits. This putative class action is brought under California's Automatic Renewal Statute, Cal. Bus. Prof. Code §17600, *et seq.*, and the settlement class includes the users of more 112,000 email addresses associated with accounts subscribed to Defendant's Celebrations Passport loyalty program. Federal Rule of Civil Procedure Rule 23(e) provides that a court may approve a proposed class settlement "on a finding that it is fair, reasonable, and adequate." To demonstrate the fairness, reasonableness, and adequacy of a

settlement, Plaintiffs' counsel must fully explain the pre-filing investigations, outcomes in similar ARL class actions, and set forth relevant authorities, which requires an extension of the 25-page limit.

e.     Based on the foregoing, plaintiffs respectfully request that the Court grant a 15-page enlargement of the page limits from 25 to 40 pages for the forthcoming Unopposed Motion and Memoranda of Points/Authorities in Support of Preliminary Approval of Class Action Settlement, and 800-Flowers, Inc. stipulates to this request.

Dated:  August 30, 2024                              Respectfully submitted,

| **VENABLE LLP** | **HEDIN LLP** |
|---|---|
| By:   /s/ *Ari N. Rothman* | By:   /s/*Frank S. Hedin* |
| Ari N. Rothman (SBN 296568)<br>Allison C. Nelson (SBN 319321) | Frank S. Hedin (SBN 291289) |
| *Counsel for Defendant* | *Counsel for Plaintiffs and<br>the Proposed Settlement Class* |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Ari Rothman, counsel for Defendant, concurs in the content of this filing and has authorized this filing.

Dated: August 30, 2024                HEDIN LLP

/s/ Frank S. Hedin
Frank S. Hedin
*Counsel for Plaintiffs and the Putative Class*