UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., d/b/a 1-800-Flowers.com, Harry & David, Personalization Mall, Shari's Berries, 1-800-Baskets.com, Simply Chocolate, Fruit Bouquets.com, Cheryl's Cookies, the Popcorn Factory, Wolferman's Bakery, and Vital Choice,<br><br>Defendant. | Case No. 2:23−cv−07441−AB−PVC<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION AND REQUEST TO ALLOW PLAINTIFFS TO EXCEED PAGE LIMITS IN THEIR UNOPPOSED MOTION AND MEMORANDA OF POINTS/AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT** |

ORDER

Considering the of the Joint Stipulation to Allow Plaintiffs to Exceed Page Limits in their Unopposed Motion and Memoranda of Points/Authorities in Support of Preliminary Approval of the Proposed Class Action Settlement and good cause existing, the Stipulation is **GRANTED**. Plaintiffs are permitted to exceed the 25-page limitation on their Motion and Memoranda of Points and Authorities in Support of Preliminary Approval of the Proposed Class Action Settlement by fifteen (15) pages.

**IT IS SO ORDERED.**

Dated:  _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE