Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
E-Mail:       fhedin@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | 2:23−cv−07441−AB−PVC<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Judge: Hon. André Birotte, Jr.**<br>**Date: September 27, 2024 at 10:00 a.m.** |

NOTICE OF MOTION

TO 800-FLOWERS, INC., AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday September 27, 2024 at 10:00 a.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 West First Street, Los Angeles, CA 90012, Courtroom 7B, Plaintiffs Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their counsel of record, will and hereby do move on an unopposed basis, on agreement of the Parties, for an order from the Court granting preliminary approval of the Class Action Settlement pursuant to Federal Rule of Civil Procedure 23(e). The motion will be based on this Notice of Motion, the Motion, the Memorandum of Points and Authorities, Declarations and Exhibits filed herewith, the pleading and papers filed in this action, as well as any further documentation submitted to the Court and oral argument of counsel.

**L.R. 7-3 Conference Statement:** This Motion is made following the conference of counsel, which took place on July 24, 2024 and thereafter and is unopposed.

Dated: August 30, 2024

Respectfully submitted,

**HEDIN LLP**

By: s/ Frank S. Hedin
FRANK S. HEDIN (SBN 291289)
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and
the Proposed Settlement Class*