UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC.,<br><br>Defendant. | Case No. 2:23-cv-07441-AB-PVC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO ALLOW PLAINTIFFS TO EXCEED PAGE LIMITS IN THEIR UNOPPOSED MOTION AND MEMORANDUM OF POINTS/AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT |

The Court, having considered the parties' Joint Stipulation to Allow Plaintiffs to Exceed Page Limits in Unopposed Motion and Memorandum of Points/Authorities in Support of Preliminary Approval of the Proposed Class Action Settlement ("Memorandum"), and good cause existing, **GRANTS** the Stipulation. Plaintiffs are permitted to exceed the 25-page limit on their Memorandum by fifteen (15) pages.

**IT IS SO ORDERED.**

Dated: September 4, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1