UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-07441-AB-PVC | Date | September 27, 2024 |
|---|---|---|---|
| Title | Anayancy Paiz et al v. 800-Flowers, Inc. | | |

| Present: The Honorable | ANDRÉ BIROTTE, JR., U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Laura Elias | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frank S Hedin | Allison C Nelson |
| | Ari N. Rothman |

**Proceedings:** MOTION to Certify Class filed by plaintiffs [55]

Hearing held. The Court sets the following dates:

Deadline to Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 23, 2024
Deadline to file the Fee Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 2, 2024
Deadline for Opting Out and Objections . . . . . . . . . . . . . . . . . . . . . . . . . . December 23, 2024
Deadline to provide Opt Out list to counsel . . . . . . . . . . . . . . . . . . . . . . . . December 30, 2024
Deadline to file any papers in support of final approval. . . . . . . . . . . . . . . . . . . January 24, 2025
Final Approval Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 31, 2025

The hering is adjourned.

|  | : | 20 |
|---|---|---|
|  | Initials of Preparer | PMC |