| | |
|---|---|
| 1 | Frank S. Hedin (SBN 291289) |
| 2 | Hedin LLP |
|   | 535 Mission Street, 14th Floor |
| 3 | San Francisco, CA 94105 |
|   | Telephone:  (305) 357-2107 |
| 4 | Facsimile:  (305) 200-8801 |
| 5 | E-Mail:     fhedin@hedinllp.com |

*Counsel for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | 2:23−cv−07441−AB−PVC<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**<br><br>**Judge: Hon. André Birotte, Jr.**<br>**Date: January 31, 2025 at 1:30 p.m.** |

NOTICE OF MOTION

TO 800-FLOWERS, INC., AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday January 31, 2025 at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 West First Street, Los Angeles, CA 90012, Courtroom 7B, Plaintiffs Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their counsel of record, will and hereby do move on an unopposed basis, on agreement of the Parties, for the approval of attorneys' fees, expenses, and incentive awards for the named plaintiffs. The motion will be based on this Notice of Motion, the Motion, the Memorandum of Points and Authorities, Declaration and Exhibits filed herewith, the pleading and papers filed in this action, as well as any further documentation submitted to the Court and oral argument of counsel.

**L.R. 7-3 Conference Statement:** This Motion is made following the conference of counsel, which took place on July 24, 2024 and thereafter and is unopposed.

1
2  Dated: December 2, 2024                Respectfully submitted,
3                                         **HEDIN LLP**
4                                         By: s/ Frank S. Hedin
5                                         FRANK S. HEDIN (SBN 291289)
                                          535 Mission Street, 14th Floor
6                                         San Francisco, CA 94105
7                                         Telephone:  (305) 357-2107
                                          Facsimile:   (305) 200-8801
8                                         E-Mail:      fhedin@hedinllp.com
9                                         *Counsel for Plaintiffs and*
10                                        *the Settlement Class*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28