# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH<br><br>PLAINTIFFS,<br><br>V.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>DEFENDANT. | 2:23-cv-07441-AB-PVC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS** |

Having considered the Unopposed Motion for Approval of Attorneys' Fees, Expenses, and Incentive Awards, it is hereby **ORDERED THAT**:

(1) Attorneys' Fees in the amount of **$300,000.00** are awarded to Class Counsel from the Settlement Fund pursuant to the Settlement Agreement;

(2) Costs in amount of **$14,000.00** are awarded to Class Counsel from the Settlement Fund;

(3) **$2,500** is awarded as an incentive award based on their service to, and representation of, the Settlement Class to each Representative Plaintiff, Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach (a total of **$7,500**) from the Settlement Fund pursuant to the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:_____   _____
                                Hon. André Birotte Jr.
                                UNITED STATES DISTRICT JUDGE