| | |
|---|---|
| 1 | Frank S. Hedin (SBN 291289) |
| 2 | Hedin LLP |
|   | 535 Mission Street, 14th Floor |
| 3 | San Francisco, CA 94105 |
|   | Telephone:  (305) 357-2107 |
| 4 | Facsimile:  (305) 200-8801 |
|   | E-Mail:    fhedin@hedinllp.com |

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH <br><br> PLAINTIFFS, <br><br> V. <br><br> 800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE, <br><br> DEFENDANT. | 2:23−cv−07441−AB−PVC <br><br> **JOINT STIPULATION TO ALLOW PLAINTIFFS TO EXCEED PAGE LIMIT IN UNOPPOSED MOTION AND MEMORANDUM OF POINTS/AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT** |

JOINT STIPULATION RE: PAGE LIMIT

1        IT IS HEREBY STIPULTED by and between Plaintiffs Tessible "Skyler" Foster, Marie Scott, Krista Baumbach ("Plaintiffs"), and Defendant 800-Flowers, Inc., by and through their respective counsel of record, as follows:

       1.    Plaintiffs will file an Unopposed Motion for Final Approval of Class Action Settlement ("the Final Approval Motion") which, if finally approved, will resolve the above-captioned matter.

       2.    Section 12.c of the Court's Standing Order limits memoranda of points and authorities in support of or in opposition to motions to 25 pages.

       3.    Plaintiffs submit that a 15-page extension from 25 to 40 pages is appropriate to permit a full presentation of the Final Approval Motion so that Court may assess whether the Settlement in this case should be finally approved under Fed. R. Civ. P. 23.  800-Flowers, Inc. stipulates to this request.

       4.    Plaintiffs submit that good cause exists for Plaintiffs to exceed the page limit.  This putative class action is brought under California's Automatic Renewal Statute, Cal. Bus. Prof. Code §17600, *et seq.*, and the settlement class includes the users of more 112,000 email addresses associated with accounts subscribed to Defendant's Celebrations Passport loyalty program.  Federal Rule of Civil Procedure Rule 23(e) provides that a court may approve a proposed class settlement "on a finding that it is fair, reasonable, and adequate." To demonstrate the fairness, reasonableness, and adequacy of a settlement, Plaintiffs' counsel must fully explain

the procedural background, the execution of the notice plan, and provide sufficient authorities from comparable California Automatic Renewal Law settlements to enable the Court to make a Rule 23(e) determination.

5. Based on the foregoing, Plaintiffs respectfully request that the Court grant a 15-page enlargement of the page limit from 25 to 40 pages for the forthcoming Unopposed Motion and Memorandum of Points/Authorities in Support of Final Approval of Class Action Settlement, and 800-Flowers, Inc. stipulates to this request.

Dated: January 24, 2025    Respectfully submitted,

**VENABLE LLP**    **HEDIN LLP**

By: /s/ *Ari N. Rothman*    By: /s/*Frank S. Hedin*

Ari N. Rothman (SBN 296568)    Frank S. Hedin (SBN 291289)
Allison C. Nelson (SBN 319321)

*Counsel for Defendant*    *Counsel for Plaintiffs and the Proposed Settlement Class*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Ari Rothman, counsel for Defendant, concurs with the content of this filing and has authorized this filing.

Dated: January 24, 2025                HEDIN LLP

/s/ *Frank S. Hedin*
Frank S. Hedin
*Counsel for Plaintiffs and the Putative Class*