# Exhibit 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TESSIBLE "SKYLER" FOSTER, MARIE SCOTT, and KRISTA BAUMBACH,

                          Plaintiffs,

            vs.

800-FLOWERS, INC.,

                          Defendant.

Case No.: 2:23-cv-07441-AB-PVC

**DECLARATION OF ANDREA R. DUDINSKY OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**

Date: January 31, 2025
Time: 1:30 PM
The Hon. André Birotte Jr.

I, Andrea R. Dudinsky, declare as follows:

## INTRODUCTION

1.      I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the Action, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, NY 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with the Motion for Final Approval of the Settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and claims administration services in more than 3,000 cases.

## BACKGROUND

3.      Kroll was appointed as the Settlement Administrator to provide notification services in connection with the Settlement Agreement entered in this Action. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Class List from Defendant; (c) creating a Settlement Website; (d) establishing a post office box for the receipt of mail; (e) preparing and sending Email Notice; (f) preparing and sending the Post Card Notice via first-class mail; (g) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (h) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (i) receiving and processing Settlement Share payment election change forms; (j) receiving and processing requests for exclusion; and (k) such other tasks as counsel for the Parties or the Court request Kroll to perform.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement entered into in this Action.

## NOTICE PROGRAM

**The CAFA Notice**

4.      As noted above, on behalf of the Defendant, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b), the CAFA Notice.  On September 6, 2024, Kroll sent the CAFA Notice to the Attorney General of the United States and the California Attorney General, a true and correct copy of which is attached hereto as **Exhibit A**, containing the documents required via first-class certified mail.

**Data and Case Setup**

5.      On October 4, 2024, Kroll designated a post office box with the mailing address *Celebrations Passport Autorenewal Class Action*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive requests for exclusion and correspondence from Settlement Class Members.

6.      On October 7, 2024, Kroll received one (1) data file from Defense Counsel.  The file contained 112,356 records with first name, last name, email address, and address fields for Settlement Class Members. Kroll undertook several steps to compile the eventual Class List for the email and mailing of notices. After cleaning and deduplicating the Class List, Kroll determined that there were a total of 111,305 unique records.

7.      On October 7, 2024, Kroll created a dedicated Settlement Website at the URL www.carlpsettlement.com. The Settlement Website "went live" on October 23, 2024, and contains a summary of the Settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, the long-form Class Notice, the Motion for Preliminary Approval, the Preliminary Approval Order, the motion for Attorneys' Fee Award and Service Award, and allowed Settlement Class Members an opportunity to make an online request to opt-out of the Settlement, request that a Settlement Share be paid by paper check or electronic transfer, or to register a change of address.

**The Notice Program**

8.      On October 23, 2024, Kroll caused the Email Notice to be sent to the 112,356 email addresses on file for Settlement Class Members, which included multiple email addresses for some Settlement Class Members. A true and correct copy of a complete exemplar Email Notice (including the subject line) is attached hereto as **Exhibit B.** Of the 112,356 emails attempted for delivery, 26,445 emails were rejected/bounced back as undeliverable. Of these, there were 25,907 Settlement Class Members for whom all Email Notices sent were rejected/bounced back as undeliverable.

9.      The Post Card Notice was mailed to the physical mailing address on record for all Settlement Class Members for whom all Email Notices sent were rejected/bounced back as undeliverable and for whom a physical mailing address was available. On November 12, 2024, Kroll caused 25,858 Post Card Notices to be mailed via first-class mail.[2]  In an effort to ensure that Post Card Notices would be deliverable to Settlement Class Members, Kroll ran the list of Settlement Class Members receiving a Post Card Notice through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA. A true and correct copy of the Post Card Notice, as well as the long-form Class Notice, is attached hereto as **Exhibits C and D**.

## NOTICE PROGRAM REACH

10.      As of January 13, 2025, 141 Post Card Notices were returned by the USPS with a forwarding address.  Of those, 139 Post Card Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining two (2) Post Card Notices were re-mailed by Kroll to the updated address provided by the USPS.

11.      As of January 13, 2025, 2,061 Post Card Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 1,980[3] undeliverable records

---

[2] A physical address was unavailable for forty-nine (49) Settlement Class Members for whom all Email Notices sent were undeliverable.

[3] The remaining eighty-one (81) undeliverable Post Card Notices received to date were received after the advanced address search was run and therefore those records were not included in the

*(Cont'd)*

through an advanced address search. The advanced address search produced 1,284 updated addresses. Kroll has re-mailed Post Card Notices to the 1,284 updated addresses obtained from the advanced address search. Of the 1,284 re-mailed Post Card Notices, none have been returned as undeliverable a second time.

12.    Based on the foregoing, following all Post Card Notice re-mailings, Kroll has reason to believe that notices likely reached 110,479 of the 111,305 persons to whom Class Notice was sent, which equates to a reach rate of the direct notice of approximately 99.3%. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[4] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[5]  The table below provides an overview of dissemination results for the Settlement Class Notice Program.

---

search. Kroll will continue to trace and re-mail these and any additional undeliverable Post Card Notices received through the Final Approval Hearing date.

[4] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[5]  Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d Ed. 2010).

| Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members** |
| Settlement Class Members | 111,305 | 100.0% |
| **Email Notice** | | |
| (+) Settlement Class Members sent Email Notice | 111,305 | 100% |
| (-) Settlement Class Members for whom all Email Notices returned as undeliverable | (25,907) | 23.3% |
| **Initial Post Card Notice Mailing** | | |
| (+) Total Unique Post Card Notices Mailed | 25,858 | 23.2% |
| (-) Total Undeliverable Post Card Notices | (2,061) | 1.9% |
| **Supplemental Post Card Notice Mailing** | | |
| (+) Total Unique Post Card Notices Re-mailed | 1,284 | 1.2% |
| (-) Total Undeliverable (Re-Mailed) Post Card Notices | (0) | 0% |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 110,479 | 99.3% |

## SETTLEMENT SHARE PAYMENT ELECTION CHANGE ACTIVITY

13.     As of January 13, 2025, Kroll has received 675 Settlement Share payment election change forms filed electronically through the Settlement Website.

## EXCLUSIONS AND OBJECTIONS

14.     The Opt-Out and Objection Date was December 23, 2024.

15.     Kroll has received three (3) timely requests for exclusion. The Opt-Out List is attached hereto as **Exhibit E**. Settlement Class Members were not instructed to submit their objection to the Settlement Administrator, and none have been received by Kroll.

## COSTS OF NOTICE PROGRAM

16.     The Court's Preliminary Approval Order provides that in this matter provided that Notice and Administration Costs shall not exceed $89,400, as set forth in the Settlement Agreement.  In the *Declaration of Andrea R. Dudinsky of Kroll Settlement Administration LLC In Connection with Preliminary Approval of Settlement*, filed August 30, 2024 (the "Declaration"), Kroll also stated that the estimated Notice and Administration Costs were approximately $81,091.87, and that Kroll had agreed that Notice and Administration Costs would not exceed the

amount of $89,400. *See* Decl. ¶17. Kroll elaborated therein, however, that the "Not to Exceed" amount was contingent upon certain assumptions, including the maximum number of Post Card Notices being mailed and the maximum number of Settlement Payment checks being mailed. *See* Decl. ¶17, fn2.

17.     Following receipt of the rejected/bounced back emails from the Email Notice as described in paragraph 8 above, Kroll notified the counsel for the Parties that based on the undeliverable rate, both the number of Post Card Notices and the number of checks to be mailed were likely to exceed the originally estimated volumes, resulting in additional cost.

18.     As of January 13, 2025, Kroll has billed $40,623.61 for services and fees incurred in the administration of this matter.  Kroll estimates that it will bill an additional $76,935.20 to complete the administration of this Settlement. The current estimate is subject to change depending on factors such as Settlement administration scope changes not currently under consideration.

19.     Kroll also estimated in its Declaration that the Settlement Share for each Settlement Class Member would be between $6.91 and $6.99 based on Kroll's then estimated and not-to-exceed Notice and Administration Costs, as well as other factors set forth therein, including Kroll's then-current understanding of the Settlement Class size. Based on Kroll's updated understanding of the Settlement Class size as well as the current estimated Notice and Administration Costs set forth in paragraph 18 above, Kroll estimates that the Settlement Share for each Settlement Class Member will be $6.83.

## <u>CERTIFICATION</u>

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this declaration was executed on January 23, 2025 in Houston, Texas.


_____
ANDREA R. DUDINSKY

# Exhibit A



---

VIA U.S. MAIL

Date:   September 6, 2024
To:     U.S. Attorney General
        Merrick B. Garland
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530

Re:     CAFA Notice for the proposed Settlement in *Paiz, et al. v. 800-Flowers, Inc.*
        Case No. 2:23-cv-07441-AB-PVC, pending in the United States District Court for the
        Central District of California

  Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendant 800-Flowers, Inc. (Defendant) hereby notifies you of the proposed settlement of the above-captioned Action, currently pending in the United States District Court for the Central District of California.

  Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is listed below and enclosed with this letter.

  1. 28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

  The class action complaint, first amended complaint, and second amended complaint are available as **Exhibits A1**, **A2**, and **A3**.

  2. 28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

  On August 30, 2024, Plaintiffs filed a Motion for Preliminary Approval of the Settlement, and the date of the Preliminary Approval hearing has been noticed for September 27, 2024, at 10:00 am PT. The Court has not yet scheduled the Final Approval Hearing for this matter. The proposed Preliminary Approval Order is available as **Exhibit B**.

  3. 28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

  Copies of the proposed Email Notice and Post Card Notice that will be provided to Settlement Class Members are available as **Exhibits C and D** respectively. The Class Notices describe, among other things, the Settlement Class Members' right to object or exclude themselves from the Settlement Class.

4.    28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

The Settlement Agreement is available as **Exhibit E**.

5.    28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no other settlements or other agreements between Class Counsel and Defense Counsel beyond what is set forth in the Settlement Agreement.

6.    28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.    28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of the Settlement Class in the proposed Settlement Agreement means, all Persons who purchased Celebrations Passport in California on or after September 7, 2019, through May 31, 2022, and who incurred at least one automatic renewal charge for Celebrations Passport that was not fully refunded.

The complete list and counts by state of Settlement Class Members is not known. We estimate that the majority of the Settlement Class resides in California.

8.    28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6). Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the enclosed materials please contact the undersigned below.

Respectfully submitted,

Scott Baird
Senior Manager
Scott.Baird@kroll.com

# Exhibit B

To:

From:

Re: Class Action Settlement Notice – *Paiz, et al. v. 800-Flowers, Inc.,* Case No. 2:23-cv-07441-AB-PVC (C.D. Cal.)

Class Member ID: <<RefNum>>
<<FirstName>><<LastName>>

**Our Records Indicate You Were Automatically Charged for an Annual Renewal of 800-Flowers, Inc.'s Celebrations Passport For Which You Did Not Receive a Full Refund.  You Could Receive $6.91-$6.99 From A Class Action Settlement.**

Questions? Call Class Counsel at 1-305-357-2107.

A Settlement has been reached in a class action lawsuit claiming that 800-Flowers, Inc. automatically charged annual renewal fees for its Celebrations Passport customer loyalty program in violation of California's Automatic Renewal Law ("ARL").  The Defendant, 800-Flowers, Inc., vigorously denies it violated any law, but has agreed to the Settlement to avoid the uncertainties and expenses associated with continuing litigation.  The capitalized terms used herein are defined in the Settlement Agreement.

**Am I a Settlement Class Member?** Our records indicate you are a Settlement Class Member. Settlement Class Members are Persons who purchased Celebrations Passport in California on or after September 7, 2019, through May 31, 2022, and who incurred at least one automatic renewal charge for Celebrations Passport that was not fully refunded.

**What Can I Get?** The Parties believe there are approximately 112,000 email addresses reflecting accounts in the Settlement Class.  Defendant has agreed to pay one million two hundred thousand dollars and 00/100 ($1,200,000.00) to a Common Fund.  If the Court grants Final Approval to the Settlement, you will automatically receive a Settlement Share paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address, or you can opt to receive a paper check.  The Parties have agreed to an Attorneys' Fee Award (up to $300,000) to Class Counsel and Service Awards of $2,500 to each of the three class representatives, which will also be paid from the Common Fund.  The estimated payment of $6.91-$6.99 assumes that the Court will award an Attorneys' Fee Award and Service Award in full, and reimbursement of reasonable litigation costs.

**How Do I Get a Payment?** A Settlement Share of approximately $6.91-$6.99 shall be paid by default to a Zelle account linked to the email address you most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address.  If you would prefer to receive your Settlement Share by paper check instead of electronic transfer, you may visit the Settlement Website at www.CARLPSettlement.com to request that a paper check be sent to a mailing address in the United States which you designate.  To access the Settlement Website, you will need to input your name and the email address at which you received this email.

**What are My Other Options?** You may exclude yourself from the Settlement Class by submitting an exclusion request on the Settlement Website no later than **December 23, 2024** or mailing to the Settlement Administrator a request for exclusion that is post-marked no later than **December 23, 2024** and which contains your (1) full name; (2) current address, current telephone number, and email address(es) which you used in connection with your Celebrations Passport membership; and (3) a statement that indicates you desire to be excluded from the Settlement Class.  Requests for exclusion must be signed or electronically signed by you.  If you exclude yourself, you will not receive the Settlement Share indicated above, but you will keep any rights you may have to sue Defendant over the legal issues in the lawsuit.

Alternatively, you and/or your lawyer have the right to object to the proposed Settlement or the requested Attorneys' Fee Award and Service Award, and/or appear before the Court.  All objections must be in writing, signed, and filed with the Court no later than **December 23, 2024**.  An objection must state your:  (1) full name; (2) current address, current telephone number, and current email address; (3) the name and contact information of any and all attorneys representing, advising, or in any way assisting you in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection; (4) a statement indicating whether you intend to appear at the Final Approval Hearing (either personally or through counsel who files an appearance with the Court in accordance with the Local Rules); (5) a statement of all objections to the Settlement and the legal and factual basis for each objection; (6) any and all agreements that relate to the objection or the process of objecting—whether written or oral—between you or your counsel and any other person or entity; (7) the number of times in which the you, your counsel, and/or your counsel's law firm have objected to a class action settlement within the five (5) years preceding the date of the filed objection, the caption of each case in which you, your counsel, and/or your counsel's law firm has made such objection and a copy of any orders related to or ruling upon the objection, your counsel's or your counsel's law firm's prior objections that were issued by the trial and appellate courts in each such case in which the you, your counsel, and/or your counsel's law firm have objected to a class action settlement within the preceding five (5) years; and (8) your signature (an attorney's signature is not sufficient).  Any Settlement Class Member who fails to timely file with the Court a written objection shall not be permitted to object to the approval of the Settlement at the Final Approval Hearing.

Further instructions about how to properly object to or exclude yourself from the Settlement are available at www.CARLPSettlement.com

If you do not exclude yourself and the Settlement is finally approved, you will be bound by all of the Court's orders and judgments, and any claims you may have had against Defendant arising from or relating to the automatic renewal of your Celebrations Passport membership will be fully and finally resolved and released as set forth in the Settlement Agreement.

**Who Represents Me?** The Court has appointed Frank S. Hedin at Hedin LLP as Class Counsel to represent the Settlement Class.  His contact information is as follows:

Frank S. Hedin
Hedin LLP
1535 Mission Street, 14th Floor
San Francisco, California 94105
(305) 357-2107
fhedin@hedinllp.com

You will not be charged for this attorney.  If you want to be represented by your own attorney in this case, you may hire one at your own expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at 1:30 p.m. on January 31, 2025 at the First Street U.S. Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012.  At the hearing, the Court will hear any objections concerning the fairness, reasonableness, and adequacy of the proposed Settlement and whether the Court should grant Final Approval of the Settlement, and will determine the reasonableness of the requested Attorneys' Fee Award (of up to $300,000) and Service Awards to the three class representatives (of $2,500 each), and litigation costs.  If approved, these awards will not reduce the estimated cash payment.

**Want More Information?** For more information, including the full Class Notice, Settlement Agreement, the Motion for Preliminary Approval, the Preliminary Approval Order, the motion for Attorneys' Fee Award and Service Award, and the Motion for Final Approval, or to submit a name/address update form and/or a paper check request form, go to www.CARLPSettlement.com, or contact the Settlement Administrator by writing to the address below, or contact Class Counsel.

*Para una notificación en español, visitar* www.CARLPSettlement.com

Celebrations Passport Autorenewal Class Action Settlement Administrator
c/o Kroll Settlement Administration, LLC
P.O. Box 225391
New York, NY 10150-5391

# Exhibit C

Celebrations Passport Autorenewal Class Action
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

COURT AUTHORIZED NOTICE OF
CLASS ACTION AND PROPOSED
SETTLEMENT

**Our Records Indicate You
Purchased Celebrations Passport
From a 1-800 Flowers Brand
Between September 7, 2019, and
May 31, 2022.**

**You Could Receive An Automatic
Payment From A Class Action
Settlement.**

*Para una notificación en español,
visitar www.CARLPSettlement.com*

<<Refnum Barcode>>
Class Member ID: <<Refnum>>

**Postal Service: Please do not mark or cover barcode**

<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

A Settlement has been reached in *Paiz, et al. v. 800-Flowers, Inc.*, Case No. 2:23-cv-07441-AB-PVC, on behalf of a class claiming that Defendant improperly automatically charged annual renewal fees for its Celebrations Passport customer loyalty program in violation of California's Automatic Renewal Law ("ARL"). Defendant, 800-Flowers, Inc., vigorously denies it violated any law, but has agreed to the Settlement to avoid the uncertainties and expenses associated with continuing the case. The capitalized terms used herein are defined in the Settlement Agreement.

**Am I a Settlement Class Member?** Our records indicate you are a Settlement Class Member. Settlement Class Members are Persons who purchased Celebrations Passport in California on or after September 7, 2019, through May 31, 2022, and who incurred at least one automatic renewal charge for Celebrations Passport that was not fully refunded.

**What Can I Get?** The Parties believe there are approximately 112,000 email addresses reflecting accounts in the Settlement Class. Defendant has agreed to pay one million two hundred thousand dollars and 00/100 ($1,200,000.00) to a Common Fund. If the Court grants Final Approval to the Settlement, you will automatically receive a Settlement Share paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address, or you can opt to receive a paper check. The Parties have agreed that an Attorneys' Fee Award (up to $300,000) to Class Counsel and Service Awards of $2,500 to each of the three class representatives, Notice and Administration Costs, and reasonable litigation costs will also be paid from the Common Fund. The estimated payment of $6.91-6.99 assumes that the Court will award an Attorneys' Fee Award and Service Awards and the reimbursement of reasonable litigation costs in full.

**How Do I Get a Payment?** You do not need to do anything to receive the Settlement Share indicated above. If the Court grants Final Approval of the Settlement, a Settlement Share of approximately $6.91-$6.99 will be paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address. If you would prefer to receive your Settlement Share by paper check instead of electronic transfer, you may visit the Settlement Website at **www.CARLPSettlement.com** to request that a paper check be sent to a mailing address in the United States which you designate. To access the Settlement Website, you will need to input your name and the address at which you received this Post Card Notice.

**What are My Other Options?** You may exclude yourself from the Settlement Class by submitting an exclusion request on the Settlement Website no later than **December 23, 2024**, or by mailing to the Settlement Administrator a request for exclusion that is postmarked no later than **December 23, 2024**, and which contains your (1) full name; (2) current address, current telephone number, and email address(es) you used in connection with your Celebrations Passport membership; and (3) a statement that indicates your desire to be excluded from the Settlement Class. If you exclude yourself, you will not receive the Settlement Share indicated above, but you will keep any rights you may have to sue Defendant over the issues in this lawsuit.

Alternatively, if you do not exclude yourself, you and/or your lawyer have the right to object to the proposed Settlement or the requested Attorneys' Fee Award and Service Award, and/or appear before the Court. All objections must be in writing, signed, and filed with the Court no later than **December 23, 2024**. Further instructions about how to properly object to, or exclude yourself from, the Settlement are available at **www.CARLPSettlement.com**. If you do not exclude yourself and the Court grants Final Approval of the Settlement, you will be bound by all of the Court's orders and judgments, and any claims you may have had against Defendant arising from or relating to the automatic renewal of your Celebrations Passport membership will be fully and finally resolved and released.

**Who Represents Me?** The Court has appointed Frank S. Hedin at Hedin LLP as Class Counsel to represent the Settlement Class. You will not be charged for this attorney. His contact information is: Frank S. Hedin, 535 Mission Street, 14th Floor, San Francisco, CA. His email and phone number are: FHedin@hedinllp.com, (305) 357-2107. If you want to be represented by your own attorney in this case, you may hire one at your own expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at 1:30 p.m. on January 31, 2025, at the First Street U.S. Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012. At the hearing, the Court will hear any objections concerning the fairness, reasonableness, and adequacy of the proposed Settlement and whether the Court should grant Final Approval of the Settlement, and will determine the reasonableness of the requested Attorneys' Fee Award (of up to $300,000) and Service Awards to the three class representatives (of $2,500 each), and litigation costs. If approved, these awards will not reduce the estimated cash payment.

**Want More Information?** For more information, including the full Class Notice, Settlement Agreement, the Motion for Preliminary Approval, the Preliminary Approval Order, the motion for Attorneys' Fee Award and Service Award, and the Motion for Final Approval, or to submit a name/address update form, go to **www.CARLPSettlement.com**, or contact the Settlement Administrator by writing to the address below.

Postage
Required

Celebrations Passport Autorenewal Class Action
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**CELEBRATIONS PASSPORT AUTORENEWAL CLASS ACTION SETTLEMENT**
**CHANGE OF ADDRESS FORM**

If you have an address different from where this postcard was mailed to, please write your correct address and email below and return this portion to the address provided on the other side.

**DO NOT USE THIS POSTCARD TO FILE AN EXCLUSION OR OBJECTION.**

Name: _____    _____    _____
        First Name                                                M.I.      Last Name

Street Address:_____

Street Address 2:_____

City: _____    State: ____  ____    Zip Code: ___ ___ ___ ___ ___

Email Address: _____ @ _____

Contact Phone #: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

# Exhibit D

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

# IF YOU PURCHASED CELEBRATIONS PASSPORT IN CALIFORNIA AND INCURRED AT LEAST ONE AUTOMATIC RENEWAL CHARGE THAT WAS NOT FULLY REFUNDED, YOU MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*A federal court authorized this Class Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement has been reached in a class action lawsuit claiming that 800-Flowers, Inc. automatically charged annual renewal fees for its Celebrations Passport customer loyalty program in violation of California's Automatic Renewal Law ("ARL"). The capitalized terms used herein are defined in the Settlement Agreement.

- You are included in the Settlement if you purchased Celebrations Passport in California on or after September 7, 2019, through May 31, 2022, and you incurred at least one automatic renewal charge for Celebrations Passport that was not fully refunded.

- Settlement Class Members will automatically be sent a cash payment of **$6.91-$6.99** via Zelle, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address.

- Please read this Class Notice carefully. Your legal rights are affected whether you act or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | If you receive an Email Notice, your Settlement Shares shall be paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address. If you receive a notice by post card you will receive a paper check sent to the address to which the post card was sent. **–and–** Regardless of whether you received a notice in the mail or by email, you will give up your rights to sue Defendant for the claims made in this case and resolved by the Settlement if you do nothing. |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive a Settlement Share, but you will retain any rights you currently have to sue Defendant for the claims made in this case and resolved by the Settlement. |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |

These rights and options—**and the deadlines to exercise them**—are explained in this Class Notice.

# BASIC INFORMATION

## 1. Why was this notice issued?

A Court authorized this Class Notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give Final Approval to the Settlement. This Class Notice explains the lawsuit, the Settlement, and your legal rights.

The United States District Court for the Central District of California is overseeing this case, known as *Paiz, et al. v. 800-Flowers, Inc.,* Case No. 2:23-cv-07441-AB-PVC (C.D. Cal.). Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach are called the Plaintiffs. The Defendant is 800-Flowers, Inc. The Plaintiffs and Defendant are referred to collectively as the "Parties."

## 2. What is a class action?

In a class action, one or more people called class representatives (in this case, Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach) sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all members of the class, except for those who exclude themselves from the class.

## 3. What is this lawsuit about?

This lawsuit claims that Defendant automatically charged annual renewal fees for its Celebrations Passport customer loyalty program in violation of California's Automatic Renewal Law ("ARL"). Defendant denies that it violated any law.

The Court has not determined who is right. Rather, the Parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation.

## 4. Why is there a Settlement?

The Court has not decided whether Plaintiffs or Defendant should win this case. Instead, both sides have agreed to the Settlement to avoid the uncertainties and expenses associated with ongoing litigation, enabling Settlement Class Members to receive compensation in a timely manner.

# WHO'S INCLUDED IN THE SETTLEMENT?

## 5. How do I know if I am in the Settlement Class?

The Court decided that everyone who fits this description is a member of the **Settlement Class**:

> All Persons who purchased Celebrations Passport in California from September 7, 2019, through May 31, 2022, and who incurred at least one automatic renewal charge for Celebrations Passport that was not fully refunded.

If you received a Class Notice in the mail or by email, the Settlement Administrator has identified you as being a Settlement Class Member.

# THE SETTLEMENT BENEFITS

| 6. What does the Settlement provide? |
| --- |

The Parties believe there are approximately 112,000 email addresses reflecting accounts in the Settlement Class. Defendant has agreed to pay one million two hundred thousand dollars and 00/100 ($1,200,000.00) to a Common Fund.  If the Court grants Final Approval to the Settlement, you will automatically receive a Settlement Share paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address, or you can opt to receive a paper check.  The Parties have agreed to an Attorneys' Fee Award (up to $300,000) to Class Counsel and Service Awards of $2,500 to each of the three class representatives, and reimbursement of reasonable litigation costs which will also be paid from the Common Fund.  The estimated payment of $6.91-$6.99 assumes that the Court will award an Attorneys' Fee Award and Service Awards in full, and reimbursement of reasonable litigation costs.

| 7. When will I get my payment? |
| --- |

Settlement Shares will be paid after the Court grants Final Approval of the Settlement and/or after any timely-filed appeals brought by timely-objecting Settlement Class Members have been resolved in favor of the Settlement.  The Final Approval Hearing for the Settlement is scheduled for January 31, 2025, at 1:30 p.m. Settlement Class Members will receive a payment automatically by electronic transfer or paper check as discussed in the answer to Question 8.

# HOW TO GET A PAYMENT

| 8. How do I get a Settlement payment? |
| --- |

You do not need to do anything to receive a Settlement Share.

If you received an Email Notice, you shall be paid your Settlement Share by default to a Zelle account linked to the email address you most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address.  If you would prefer to receive your Settlement Share by paper check instead of electronic transfer, you may visit the Settlement Website at www.CARLPSettlement.com to request that a paper check be sent to a mailing address in the United States which you designate.  To access the Settlement Website, you will need to input your name and the email address at which you received Email Notice.

If you received a Post Card Notice in the mail, you will automatically receive a paper check which will be mailed to the same address at which the Post Card Notice was sent.  However, if your name and/or address changes before Settlement Shares are issued, you should submit the form attached to your Post Card Notice with your updated information or update your address on the Settlement Website, www.CARLPSettlement.com.  If you would instead like to receive your Settlement Share via electronic transfer, submit an electronic payment request via the Settlement Website, www.CARLPSettlement.com.

All change of address requests, paper check requests, and electronic deposit requests must be submitted via the Settlement Website, www.CARLPSettlement.com no later than ten (10) days prior to the Settlement Administrator's disbursement of Settlement Shares, which will be no earlier than April 14, 2025.

## REMAINING IN THE SETTLEMENT CLASS

| **9.  What am I giving up if I stay in the Settlement Class?** |
| --- |

If the Settlement becomes final, you will give up your right to sue Defendant and certain entities related to the Defendant for the claims being resolved by this Settlement.  The specific claims you are giving up against Defendant are described in Section X of the Settlement Agreement.  You will be "releasing" Defendant and certain entities related to Defendant for claims arising from or relating to the automatic renewal of your Celebrations Passport membership.  Unless you exclude yourself (*see* Question 13), you are "releasing" these claims against these entities, regardless of whether you receive a Settlement Share.  The Settlement Agreement is available through the "Court Documents" link on the Settlement Website.

The Settlement Agreement describes the Released Claims in greater detail, so read it carefully.  If you have any questions, you can talk to Class Counsel for free, or you can, of course, talk to your own lawyer if you have questions about what this means.

| **10.  What happens if I do nothing at all?** |
| --- |

If you do nothing, you won't be able to start a lawsuit or be part of any other lawsuit against Defendant or other related entities for the claims being resolved by this Settlement and released by the Settlement Agreement.  If you received an Email Notice, you will receive a Settlement Shares paid by default to a Zelle account linked to the email address the Settlement Class Member most recently used to renew Celebrations Passport, or, if Zelle is unavailable, via an electronic MasterCard gift card sent to that same email address.  If you received a Post Card Notice in the mail, you will receive a paper check mailed to the same address indicated in the Post Card Notice (unless an updated address is submitted, *see* answer to Question 8 above).

## THE ATTORNEYS REPRESENTING YOU

| **11.  Do I have an attorney in the case?** |
| --- |

The following attorney represents the Settlement Class:

Frank S. Hedin
HEDIN LLP
535 Mission Street, 14th Floor
San Francisco, California 94105
(305) 357-2107
fhedin@hedinllp.com

He is called Class Counsel.  Class Counsel believes, after conducting an extensive investigation, that the Settlement is fair, reasonable, and in the best interests of the Settlement Class.  You will not be charged for this attorney.  If you want to be represented by your own attorney in this case, you may hire one at your own expense.

| **12.  How will the attorneys be paid?** |
| --- |

Subject to Court approval, Class Counsel will seek $300,000 for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement in this matter, the reimbursement of reasonable litigation costs,

as well as $2,500 to each class representative (for a collective Service Award amount of up to $7,500) in recognition of the class representatives' assistance in helping to investigate, assert, and resolve the claims in this case. The Court may award less than these amounts. Under the Settlement Agreement, any Attorneys' Fee Award to Class Counsel and Service Award to class representatives will be paid from the Common Fund.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

| 13. How do I get out of the Settlement? |
| --- |

To exclude yourself from the Settlement, you must mail or submit a request for exclusion on the Settlement Website, www.CARLPSettlement.com. Your request for exclusion must include your: (1) full name; (2) current address, current telephone number, and email address(es) which you used in connection with your Celebrations Passport membership; and (3) a statement that indicates you desire to be excluded from the Settlement Class; and (4) it must be signed (or electronically signed) by you.

Your request for exclusion must be submitted online or post-marked no later than December 23, 2024. Requests for exclusion sent by mail should be sent to:

Celebrations Passport Autorenewal Class Action Settlement Administrator
c/o Kroll Settlement Administration, LLC
P.O. Box 225391
New York, NY 10150-5391

| 14. If I don't exclude myself, can I sue Defendant for the same thing later? |
| --- |

No. Unless you exclude yourself, you give up any right to sue Defendant and certain related entities for the Released Claims being resolved by this Settlement.

| 15. If I exclude myself, can I receive a cash payment from this Settlement? |
| --- |

No. If you exclude yourself, you will not receive a cash payment from the Settlement.

# OBJECTING TO THE SETTLEMENT

| 16. How do I object to the Settlement? |
| --- |

If you are a Settlement Class Member, you can ask the Court to deny approval of the Settlement (and/or object to Class Counsel's request for an Attorneys' Fee Award or the class representatives' requests for Service Awards) by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies final approval of the Settlement, no Settlement Share payment will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing, signed, and filed with the Court (or mailed to the Clerk of the Court at the address below) and must identify the case name and number (*Paiz, et al. v. 800-Flowers, Inc.,* Case No. 2:23-cv-07441-AB-PVC) and a statement of all objections to the Settlement and the legal and factual basis for each objection. The objection should include your (1) full name; (2) your current address, current telephone number, and current email address; and (3) the name and contact information of any and all attorneys representing, advising, or in any way assisting the objector in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection; (4) a statement indicating whether you intend

to appear at the Final Approval Hearing (either personally or through counsel who files an appearance with the Court in accordance with the Local Rules); (5) a statement of all objections to the Settlement and the legal and factual basis for each objection; (6) any and all agreements that relate to the objection or the process of objecting— whether written or oral—between you or your counsel and any other person or entity; (7) the number of times in which the you, your counsel, and/or your counsel's law firm have objected to a class action settlement within the five (5) years preceding the date of the filed objection, the caption of each case in which you, your counsel, and/or your counsel's law firm has made such objection and a copy of any orders related to or ruling upon the objection, your counsel's or your counsel's law firm's prior objections that were issued by the trial and appellate courts in each such case in which the you, your counsel, and/or your counsel's law firm have objected to a class action settlement within the preceding five (5) years; and (8) your signature (an attorney's signature is not sufficient). Any Settlement Class Member who fails to timely file with the Court a written objection shall not be permitted to object to the approval of the Settlement at the Final Approval Hearing.

Class Counsel will file with the Court and post on the Settlement Website, www.CARLPSettlement.com, its motion for an Attorneys' Fee Award and for Service Awards to the class representatives by December 2, 2024.

If you want to appear and speak at the Final Approval Hearing to object to the Settlement, with or without a lawyer (explained below in answer to Question 20), you must say so in your objection letter or brief. You must either file the objection with the Court no later than December 23, 2024, or mail the objection to the Court, at the address below, post-marked no later than December 23, 2024.

| Court |
|---|
| *Paiz, et al. v. 800-Flowers, Inc.,* Case No. 2:23-cv-07441-AB-PVC |
| United States District Court for the Central District of California |
| Clerk of the Court |
| 350 West First Street, Suite 4311 |
| Los Angeles, CA 90012 |

**17. What's the difference between objecting to and excluding myself from the Settlement?**

Objecting simply means telling the Court that you do not like something about the Settlement. You can object only if you stay in (*i.e.*, do not exclude yourself from) the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you, and you will not receive a Settlement Share.

# THE COURT'S FINAL APPROVAL HEARING

**18. When and where will the Court decide whether to approve the Settlement?**

The Court will hold the Final Approval Hearing at 1:30 p.m. on January 31, 2025, in Courtroom 7B, First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA 90012. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Class; to consider Class Counsel's motion for an Attorneys' Fee Award; and to consider the motion for Service Awards to the class representatives.

At the Final Approval Hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement and of the requested Attorneys' Fee Award and Service Awards and reimbursement of reasonable litigation costs.

The Final Approval Hearing may be postponed to a different date or time without notice, so it is a good idea to check www.CARLPSettlement.com for information on any changes to the date and time of the hearing. If you timely objected to the Settlement and advised the Court that you intend to appear and speak at the Final Approval Hearing, you will receive notice of any change in the date of such Final Approval Hearing.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend the hearing at your own expense. If you send an objection or comment, you do not have to come to Court to talk about it. As long as you filed or mailed your written objection on time and it included everything listed in the answer to Question 16, the Court will consider it. You may also hire another lawyer to attend, but that is not required.

**20. May I speak at the hearing?**

Yes. You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include in your letter or brief objecting to the Settlement a statement saying that it is your "Notice of Intent to Appear in *Paiz, et al. v. 800-Flowers, Inc.,* Case No. 2:23-cv-07441-AB-PVC." It must include your name, address, telephone number, and signature as well as the name and address of your lawyer, if one is appearing for you. Your objection and notice of intent to appear must be filed with the Court no later than December 23, 2024 (or mailed to the Court at the address listed in Question 16) and post-marked no later than December 23, 2024.

# GETTING MORE INFORMATION

**21. Where do I get more information?**

This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please review the Settlement Agreement available at www.CARLPSettlement.com, by contacting Class Counsel at Hedin LLP, 535 Mission Street, 14th Floor, San Francisco, California 94105; Telephone: (305) 357-2107, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cacd.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Central District of California at 350 West First Street, Suite 4311, Los Angeles, California 90012, between 9:00 a.m. and 4:00 p.m. PST, Monday through Friday, excluding Court holidays. PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

# Exhibit E

# Exclusion List

| Count | First Initial | Last Name |
|---|---|---|
| 1 | E | Wong |
| 2 | N | Meza |
| 3 | K | Steele |