UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSIBLE "SKYLER" FOSTER; MARIE SCOTT; and KRISTA BAUMBACH,<br><br>Plaintiffs,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, and VITAL CHOICE,<br><br>Defendants. | Case No. 2:23-cv-07441-AB-PVC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS [DKT. NO. 60]** |

Having considered the Unopposed Motion for Approval of Attorneys' Fees, Expenses, and Incentive Awards, it is hereby ORDERED THAT:

(1) Attorneys' Fees in the amount of **$300,000.00** are awarded to Class Counsel from the Settlement Fund pursuant to the Settlement Agreement;

(2) Costs in amount of **$14,000.00** are awarded to Class Counsel from the Settlement Fund;

(3) **$2,500** is awarded as an incentive award based on their service to, and

1

representation of, the Settlement Class to each Representative Plaintiff, Tessible "Skyler" Foster, Marie Scott, and Krista Baumbach (a total of **$7,500**) from the Settlement Fund pursuant to the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE