**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ANAYANCY PAIZ, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-07441-AB-PVC |
| v. | |
| 800-FLOWERS, INC. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 1/24/2025 | 62 | Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement Agreement |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☑ The hearing date has been rescheduled to ___Friday, February 7, 2025___ at ___10:00 AM___.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: ___1/28/2025___                                  By: _[signature]_
                                                        U.S. District Judge / U.S. Magistrate Judge