UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 23-07441-AB (PVCx) | Date: | February 7, 2025 |
| Title: | Anayancy Paiz et al v. 800-Flowers, Inc. | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

Frank S Hedin                          Ari N. Rothman

**Proceedings:** **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT [62]**

   The Court conducts a hearing on the motion. For the reasons stated on the record, the Motion [62] is GRANTED. Order to be issued.

: 5

CV-90 (12/02)  CIVIL MINUTES - GENERAL  Initials of Deputy Clerk DTA